| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Foote, Elizabeth E. | 2. Court or Organization<br><br>U.S. District Court Western District of Louisiana | 3. Date of Report<br><br>05/14/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>**to**<br>12/31/2013 |

7. Chambers or Office Address

300 Fannin Street
Shreveport, LA 71101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | ▨▨▨-law office building partnership |
| 2. Board of Trustees Member | Louisiana State University/Paul M. Hebert Law Center |
| 3. Power of Attorney | POA #1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 04/01/10 | Termination of Partnership Agreement-▨▨▨▨ |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | ▨▨▨▨▨, pursuit to termination agreement | $601,916.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Louisiana State Employees Retirement System- retired judge |
| 2. 2013 | ▨▨▨▨▨, share of partnership profits |
| 3. 2013 | Smith Segura & Raphael (formerly ▨▨▨ LLP), share of partnership profits |
| 4. 2013 | ▨▨▨▨▨ |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Louisiana State Bar | 04/26/13-04/28/13 | New Orleans, LA | Speaker at Seminar | mileage, hotel, & parking |
| 2. | Louisiana Association of Defense Counsel | 09/15/13-09/17/13 | New Orleans, LA | Speaker at Seminar | mileage, hotel & parking |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | credit card | J |
| 2. | US Treasury & LA Dept of Revenue | income tax liability- ESTIMATED | J |
| 3. | Mastercard | credit card | J |
| 4. | Red River Bank | note guarantor | N |
| 5. | Discover Card | credit card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo- Roth IRA (H) | | | | | | | | | |
| 2. ----- Templeton World Fund | B | Int./Div. | L | T | | | | | |
| 3. ----- Washington Mutual Investment Fund | A | Int./Div. | J | T | | | | | |
| 4. Red River Bank Checking | A | Interest | M | T | | | | | |
| 5. Red River Bank Checking #2 | A | Interest | K | T | | | | | |
| 6. ING Savings | B | Interest | O | T | | | | | |
| 7. American Funds 529 Plan Account | B | Dividend | L | T | | | | | |
| 8. -----American Funds Money Market | | | | | | | | | |
| 9. -----Cash Management Trust of America | | | | | | | | | |
| 10. -----American Balanced Fund | | | | | | | | | |
| 11. Wells Fargo Roth IRA (H) | | None | | | | | | | |
| 12. -----John Hancock Regional Bank | A | Int./Div. | J | T | | | | | |
| 13. -----Templeton World Fund | B | Int./Div. | L | T | | | | | |
| 14. -----Washington Mutual Invs Fund | A | Int./Div. | K | T | | | | | |
| 15. Chase Investment (H) | | None | | | | | | | |
| 16. -----JP Morgan US Treas Plus MMKT | A | Dividend | J | T | | | | | |
| 17. -----JPMorgan Chase & Co Common | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -----AllianceBer Global Thematic Grth | | None | J | T | | | | | |
| 19.  -----JPMorgan Intrepid Mid Cap | A | Dividend | J | T | | | | | |
| 20.  -----JPMorgan Large Cap Grth | B | Dividend | K | T | | | | | |
| 21.  ING Savings | B | Interest | N | T | | | | | |
| 22.  Fidelity & Guar Life Ins | | None | N | T | | | | | |
| 23.  Chase Investment-Invesco Global Small & Mid | A | Dividend | J | T | | | | | |
| 24.  Merit Oil-Royalty Interest-▮▮▮▮, Louisiana | E | Royalty | K | W | | | | | |
| 25.  N/R- Smith, Segura & Raphael(formerly ▮▮▮▮)operations | | None | N | U | | | | | |
| 26.  60 Acres timber land-▮▮▮▮, Louisiana | | None | N | W | | | | | |
| 27.  1/2 interest 17 acres land-▮▮▮▮, Louisiana | | None | J | W | | | | | |
| 28.  1/2 interest 2 acres-▮▮▮▮, Louisiana | | None | J | W | | | | | |
| 29.  1/6 interest ▮▮▮▮ Company | | None | L | W | | | | | |
| 30.  1/3 interest ▮▮▮▮ Company (power of attorney) | | None | M | W | | | | | |
| 31.  Cash Surrender Value- Metlife | | None | K | T | | | | | |
| 32.  Red River Bank- Checking #3 | A | Interest | J | T | | | | | |
| 33.  Red River Bank- CD #2 (4 cd's pledged) | | None | N | T | | | | | |
| 34.  Vanguard-Prime Money Mkt Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. John Hancock-Law Firm 401K, Lifestyle Balanced Fund | | None | N | T | | | | | |
| 36. Wells Fargo- Roth IRA line 1: Invesco Amer. Franchise | B | Int./Div. | L | T | | | | | |
| 37. Wells Fargo, Uniform Gift to Minor-Capital World Growth | A | Int./Div. | J | T | | | | | |
| 38. Wells Fargo, Uniform Gift to Minor-Wash Mutual Invs | A | Int./Div. | J | T | | | | | |
| 39. Red River Bank- Checking #4 | B | Interest | M | T | | | | | |
| 40. Port Formula #1- Cash Acct | A | Int./Div. | | | Distributed | 09/12/13 | M | | |
| 41. Port Formula #1- Alon USA Energy | A | Dividend | | | Buy | 01/08/13 | J | | |
| 42. | | | | | Sold (part) | 02/07/13 | J | A | |
| 43. | | | | | Sold (part) | 03/07/13 | J | A | |
| 44. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 45. | | | | | Sold | 05/07/13 | J | A | |
| 46. Port Formula #1- Altisource Residential Corp | | None | | | Sold | 01/08/13 | J | A | |
| 47. Port Formula #1- Altisource Asset mgmt | | None | | | Sold | 01/08/13 | J | A | |
| 48. Port Formula #1- Arctic Cat Inc | | None | | | Buy | 01/08/13 | J | | |
| 49. | | | | | Sold | 02/07/13 | J | A | |
| 50. Port Formula #1- Beacon Roofing Supply | | None | | | Buy | 01/08/13 | J | | |
| 51. | | | | | Sold (part) | 02/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 03/07/13 | J | A | |
| 53. | | | | | Sold | 04/05/13 | J | A | |
| 54. Port Formula #1- Beazer Homes | | None | | | Buy | 01/08/13 | J | | |
| 55. | | | | | Sold | 02/07/13 | J | A | |
| 56. Port Formula #1- Bio Reference Lab | | None | | | Sold | 01/08/13 | J | A | |
| 57. Port Formula #1-Brown Shoe Company | | None | | | Sold | 01/08/13 | J | A | |
| 58. Port Formula #1- Chemtura Corp | | None | | | Sold | 01/08/13 | J | A | |
| 59. Port Formula #1- Computer Sciences | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 60. Port Formula #1-Conn's Inc | | None | | | Buy | 01/08/13 | J | | |
| 61. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 62. | | | | | Sold (part) | 03/07/13 | J | A | |
| 63. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 64. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 65. | | | | | Sold | 06/07/13 | J | A | |
| 66. Port Formula #1- Cooper Tire & Rubber | A | Dividend | | | Buy | 01/08/13 | J | | |
| 67. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 68. | | | | | Sold | 03/07/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Port Formula #1-Delek US Hldgs | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 70. | | | | | Buy | 05/07/13 | J | | |
| 71. | | | | | Sold | 06/07/13 | J | A | |
| 72. Port Formula #1-Ellie Mae Inc | | None | | | Sold | 01/08/13 | J | A | |
| 73. Port Formula #1-Exterran Holdings | | None | | | Buy | 01/08/13 | J | | |
| 74. | | | | | Sold (part) | 02/07/13 | J | A | |
| 75. | | | | | Sold (part) | 03/07/13 | J | A | |
| 76. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 77. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 78. | | | | | Sold | 06/07/13 | J | A | |
| 79. Port Formula #1-Fidelity National Title | | None | | | Sold | 01/08/13 | J | A | |
| 80. | | | | | Buy | 02/07/13 | J | | |
| 81. | | | | | Sold | 03/07/13 | J | A | |
| 82. Port Formula #1-Generac Hlds | | None | | | Sold | 01/08/13 | J | A | |
| 83. Port Formula #1-Green Mountain Coffee | | None | | | Sold | 01/08/13 | J | A | |
| 84. Port Formula #1-Headwaters Incorporated | | None | | | Buy | 01/08/13 | J | | |
| 85. | | | | | Sold (part) | 02/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 03/07/13 | J | A | |
| 87. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 88. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 89. | | | | | Sold | 06/07/13 | J | A | |
| 90. Port Formula #1-Hot Topic, inc | | None | | | Buy | 01/08/13 | J | | |
| 91. | | | | | Sold (part) | 02/07/13 | J | A | |
| 92. | | | | | Sold | 03/07/13 | J | A | |
| 93. Port Formula #1-Hovnanian Enterprises | | None | | | Buy | 01/08/13 | J | | |
| 94. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 95. | | | | | Sold (part) | 03/07/13 | J | A | |
| 96. | | | | | Sold | 04/05/13 | J | A | |
| 97. Port Formula #1-Kayak Software | | None | | | Sold | 01/08/13 | J | A | |
| 98. Port Formula #1-KB Home Com | A | Dividend | | | Buy | 01/08/13 | J | | |
| 99. | | | | | Sold (part) | 02/07/13 | J | A | |
| 100. | | | | | Sold (part) | 03/07/13 | J | A | |
| 101. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 102. | | | | | Buy (add'l) | 05/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 06/07/13 | J | A | |
| 104. Port Formula #1-Leapfrog Enterprises | | None | | | Sold | 01/08/13 | J | A | |
| 105. | | | | | Buy | 02/07/13 | J | | |
| 106. | | | | | Sold | 03/07/13 | J | A | |
| 107. Port Formula #1-MDC Holdings | | None | | | Sold | 01/08/13 | J | A | |
| 108. Port Formula #1-M/I Schottenstein Homes | | None | | | Buy | 01/08/13 | J | | |
| 109. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 110. | | | | | Sold (part) | 03/07/13 | J | A | |
| 111. | | | | | Sold | 04/05/13 | J | A | |
| 112. Port Formula #1-MWI Veterinary Supply Inc | | None | | | Sold | 01/08/13 | J | A | |
| 113. Port Formula #1-Marriott Vacations Worldwide | | None | | | Buy | 01/08/13 | J | | |
| 114. | | | | | Sold | 03/07/13 | J | A | |
| 115. Port Formula #1-Metropolitan Health Networks | | None | | | Sold | 01/23/13 | J | A | |
| 116. Port Formula #1-Nacco Industries Inc. | | None | | | Sold | 01/08/13 | J | A | |
| 117. Port Formula #1-Nam Tai Electronics Inc | A | Dividend | | | Buy | 01/08/13 | J | | |
| 118. | | | | | Sold | 02/07/13 | J | A | |
| 119. | | | | | Buy (add'l) | 05/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 06/07/13 | J | A | |
| 121. Port Formula #1-OfficeMax Incorporated | A | Dividend | | | Buy | 01/08/13 | J | | |
| 122. | | | | | Sold (part) | 02/07/13 | J | A | |
| 123. | | | | | Sold | 03/07/13 | J | A | |
| 124. Port Formula #1-On Assignment Inc | | None | | | Buy | 01/08/13 | J | | |
| 125. | | | | | Sold (part) | 02/07/13 | J | A | |
| 126. | | | | | Sold (part) | 03/07/13 | J | A | |
| 127. | | | | | Sold | 04/05/13 | J | A | |
| 128. Port Formula #1-Pilgrims Pride | | None | | | Sold | 01/08/13 | J | A | |
| 129. Port Formula #1-Ryland Group | A | Dividend | | | Buy | 01/08/13 | J | | |
| 130. | | | | | Sold | 03/07/13 | J | A | |
| 131. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 132. | | | | | Sold | 05/07/13 | J | A | |
| 133. Port Formula #1-Sanderson Farms Inc | | None | | | Sold | 01/08/13 | J | A | |
| 134. Port Formula #1-Stage Stores Inc | A | Dividend | | | Buy | 01/08/13 | J | | |
| 135. | | | | | Sold | 02/07/13 | J | A | |
| 136. | | | | | Buy | 05/07/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 06/07/13 | J | A | |
| 138. Port Formula #1-Stewart Information Services | | None | | | Buy | 01/08/13 | J | | |
| 139. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 140. | | | | | Sold (part) | 03/07/13 | J | A | |
| 141. | | | | | Sold | 04/05/13 | J | A | |
| 142. Port Formula #1-Sunrise Asstd Living | A | Dividend | | | Buy | 01/08/13 | J | | |
| 143. | | | | | Sold | 01/10/13 | J | A | |
| 144. Port Formula #1-Thor Industries | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 145. | | | | | Buy | 04/05/13 | J | | |
| 146. | | | | | Sold | 06/07/13 | J | A | |
| 147. Port Formula #1-Tumi Hldgs | | None | | | Sold | 01/08/13 | J | A | |
| 148. Port Formula #1-Vitamin Shoppe Inc | | None | | | Buy | 01/08/13 | J | | |
| 149. | | | | | Sold (part) | 02/07/13 | J | A | |
| 150. | | | | | Sold (part) | 03/07/13 | J | A | |
| 151. | | | | | Sold | 04/05/13 | J | A | |
| 152. Port Formula #1-Michael Kors Hldgs | | None | | | Sold | 01/08/13 | J | A | |
| 153. | | | | | Buy | 03/07/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 04/05/13 | J | A | |
| 155. Port Formula #1-Altisource Portfolio Solutions | | None | | | Sold | 01/08/13 | J | A | |
| 156. Port Formula #1-Allegiant Travel | | None | | | Buy | 01/08/13 | J | | |
| 157. | | | | | Sold (part) | 02/07/13 | J | A | |
| 158. | | | | | Sold (part) | 03/07/13 | J | A | |
| 159. | | | | | Sold | 04/05/13 | J | A | |
| 160. Port Formula #1-Bed Bath & Beyond | | None | | | Buy | 01/08/13 | J | | |
| 161. | | | | | Sold (part) | 02/07/13 | J | A | |
| 162. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 163. | | | | | Sold (part) | 04/05/13 | J | A | |
| 164. | | | | | Sold (part) | 05/07/13 | J | A | |
| 165. | | | | | Sold | 06/07/13 | J | A | |
| 166. Port Formula #1-Comcast Corp | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 167. | | | | | Sold (part) | 02/07/13 | J | A | |
| 168. | | | | | Buy | 03/07/13 | J | | |
| 169. | | | | | Sold | 04/05/13 | J | A | |
| 170. Port Formula #1-Dollar Tree inc | | None | | | Buy | 01/08/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 02/07/13 | J | A | |
| 172. | | | | | Sold | 03/07/13 | J | A | |
| 173. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 174. | | | | | Sold | 06/07/13 | J | A | |
| 175. Port Formula #1-F5 Networks | | None | | | Sold (part) | 01/08/13 | J | A | |
| 176. | | | | | Sold (part) | 02/07/13 | J | A | |
| 177. | | | | | Buy | 03/07/13 | J | | |
| 178. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 179. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 180. | | | | | Sold | 06/07/13 | J | A | |
| 181. Port Formula #1-Genuine Parts Inc | A | Dividend | | | Buy | 01/08/13 | J | | |
| 182. | | | | | Sold (part) | 02/07/13 | J | A | |
| 183. | | | | | Sold (part) | 04/05/13 | J | A | |
| 184. | | | | | Sold | 06/07/13 | J | A | |
| 185. Port Formula #1-Hibbett Sports Inc | | None | | | Buy | 01/08/13 | J | | |
| 186. | | | | | Sold (part) | 02/07/13 | J | A | |
| 187. | | | | | Buy (add'l) | 03/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 04/05/13 | J | A | |
| 189. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 190. | | | | | Sold | 06/07/13 | J | A | |
| 191.  Port Formula #1-Intutive Surgical | | None | | | Sold | 02/07/13 | J | A | |
| 192. | | | | | Buy | 05/07/13 | J | | |
| 193. | | | | | Sold | 06/07/13 | J | A | |
| 194.  Port Formula #1-Netease.com | A | Dividend | | | Buy | 01/08/13 | J | | |
| 195. | | | | | Sold (part) | 02/07/13 | J | A | |
| 196. | | | | | Sold (part) | 03/07/13 | J | A | |
| 197. | | | | | Sold (part) | 04/05/13 | J | A | |
| 198. | | | | | Sold (part) | 05/07/13 | J | A | |
| 199. | | | | | Sold | 06/07/13 | J | A | |
| 200.  Port Formula #1-NewMarket Corporation | A | Dividend | | | Buy | 01/08/13 | J | | |
| 201. | | | | | Sold | 02/07/13 | J | A | |
| 202. | | | | | Buy | 02/07/13 | J | | |
| 203. | | | | | Sold (part) | 03/07/13 | J | A | |
| 204. | | | | | Buy (add'l) | 04/05/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 05/07/13 | J | A | |
| 206. Port Formula #1-Panera Bread | | None | | | Buy | 01/08/13 | J | | |
| 207. | | | | | Sold (part) | 02/07/13 | J | A | |
| 208. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 209. | | | | | Sold | 04/05/13 | J | A | |
| 210. Port Formula #1-Portfolio Recovery Assc | | None | | | Sold (part) | 01/08/13 | J | A | |
| 211. | | | | | Sold | 02/07/13 | J | A | |
| 212. Port Formula #1-Triumph Group Inc | A | Dividend | | | Sold (part) | 02/07/13 | J | A | |
| 213. | | | | | Sold | 03/07/13 | J | A | |
| 214. Port Formula #1-Accenture Plc Ireland | | None | | | Buy | 01/08/13 | J | | |
| 215. | | | | | Sold (part) | 02/07/13 | J | A | |
| 216. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 217. | | | | | Sold | 04/05/13 | J | A | |
| 218. Port Formula #1- Federated Prime Mgmt Oblig | A | Dividend | | | Sold (part) | 01/04/13 | J | A | |
| 219. | | | | | Sold | 02/05/13 | J | A | |
| 220. | | | | | Buy | 04/05/13 | J | | |
| 221. | | | | | Sold (part) | 05/03/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 06/05/13 | J | A | |
| 223. Port Formula #1-Aflac Inc | | None | | | Sold | 02/07/13 | J | A | |
| 224. Port Formula #1-Apollo Coml Real Estate | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 225. | | | | | Buy | 02/07/13 | J | | |
| 226. | | | | | Sold | 03/07/13 | J | A | |
| 227. Port Formula #1-Applied Industrial Tech | | None | | | Sold | 01/08/13 | J | A | |
| 228. Port Formula #1-Cnooc Limited | | None | | | Sold | 03/07/13 | J | A | |
| 229. Port Formula #1-CACI Inc | | None | | | Sold (part) | 01/08/13 | J | A | |
| 230. | | | | | Buy | 02/07/13 | J | | |
| 231. | | | | | Sold | 03/07/13 | J | A | |
| 232. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 233. | | | | | Sold | 06/07/13 | J | A | |
| 234. Port Formula #1-Cameco Corp | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 235. | | | | | Sold (part) | 02/07/13 | J | A | |
| 236. | | | | | Sold | 03/07/13 | J | A | |
| 237. Port Formula #1-Capital Source Inc | | None | | | Sold | 01/08/13 | J | A | |
| 238. Port Formula #1-Chicago Bridge & Iron | | None | | | Sold | 01/08/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Port Formula #1-Cisco Systems | | None | | | Sold (part) | 03/07/13 | J | A | |
| 240. | | | | | Sold | 04/05/13 | J | A | |
| 241. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 242. | | | | | Sold | 06/07/13 | J | A | |
| 243. Port Formula #1-Corning Inc | | None | | | Buy | 01/08/13 | J | | |
| 244. | | | | | Sold | 02/07/13 | J | A | |
| 245. Port Formula #1-Cummins Inc | | None | | | Sold (part) | 01/08/13 | J | A | |
| 246. | | | | | Sold | 02/07/13 | J | A | |
| 247. Port Formula #1-Curtiss Wright Corp | | None | | | Sold (part) | 01/08/13 | J | A | |
| 248. | | | | | Sold (part) | 02/07/13 | J | A | |
| 249. | | | | | Sold | 03/07/13 | J | A | |
| 250. Port Formula #1-DFC Global Corp | | None | | | Sold | 01/08/13 | J | A | |
| 251. Port Formula #1-Diamond Offshore | A | Dividend | | | Buy | 01/08/13 | J | | |
| 252. | | | | | Sold (part) | 02/07/13 | J | A | |
| 253. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 254. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 255. | | | | | Sold | 06/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Port Formula #1-Directv | | None | | | Buy | 02/07/13 | J | | |
| 257. | | | | | Sold | 03/07/13 | J | A | |
| 258. Port Formula #1-East West Bancorp | | None | | | Sold | 01/08/13 | J | A | |
| 259. Port Formula #1-First Amern Finl Corp | | None | | | Sold | 02/07/13 | J | A | |
| 260. | | | | | Buy | 05/07/13 | J | | |
| 261. | | | | | Sold | 06/07/13 | J | A | |
| 262. Port Formula #1-Focus Media Holding Limited | | None | | | Sold (part) | 01/08/13 | J | A | |
| 263. | | | | | Sold | 02/07/13 | J | A | |
| 264. Port Formula #1-Genesco inc | | None | | | Sold | 01/08/13 | J | A | |
| 265. Port Formula #1-Halliburton Co | | None | | | Sold (part) | 01/08/13 | J | A | |
| 266. | | | | | Sold | 02/07/13 | J | A | |
| 267. Port Formula #1-Helmerich & Payne | A | Dividend | | | Sold (part) | 02/07/13 | J | A | |
| 268. | | | | | Sold (part) | 03/07/13 | J | A | |
| 269. | | | | | Buy | 04/05/13 | J | | |
| 270. | | | | | Sold | 06/07/13 | J | A | |
| 271. Port Formula #1-HollyFrontier Corp | A | Dividend | | | Buy | 01/08/13 | J | | |
| 272. | | | | | Sold (part) | 02/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. | | | | | Sold (part) | 03/07/13 | J | A | |
| 274. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 275. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 276. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 277. | | | | | Sold | 06/07/13 | J | A | |
| 278. Port Formula #1-Ingredion inc | A | Dividend | | | Buy | 01/08/13 | J | | |
| 279. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 280. | | | | | Sold | 03/07/13 | J | A | |
| 281. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 282. | | | | | Sold | 05/07/13 | J | A | |
| 283. Port Formula #1-Intercontinental Hotels Group | | None | | | Sold | 01/08/13 | J | A | |
| 284. Port Formula #1-J2 Global inc | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 285. | | | | | Buy | 01/08/13 | J | | |
| 286. | | | | | Sold (part) | 02/07/13 | J | A | |
| 287. | | | | | Sold (part) | 03/07/13 | J | A | |
| 288. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 289. | | | | | Sold (part) | 04/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 05/07/13 | J | A | |
| 291. | | | | | Sold | 06/07/13 | J | A | |
| 292. Port Formula #1-Krispy Kreme Doughnuts | | None | | | Sold | 01/08/13 | J | A | |
| 293. | | | | | Buy | 02/07/13 | J | | |
| 294. | | | | | Sold | 03/07/13 | J | A | |
| 295. Port Formula #1-Kulicke & Soffa Industries | | None | | | Sold (part) | 01/08/13 | J | A | |
| 296. | | | | | Buy | 02/07/13 | J | | |
| 297. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 298. | | | | | Sold | 04/05/13 | J | A | |
| 299. Port Formula #1-Mens Warehouse | | None | | | Buy | 01/08/13 | J | | |
| 300. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 301. | | | | | Sold | 03/07/13 | J | A | |
| 302. Port Formula #1-NU Skin Asia Pacific | A | Dividend | | | Buy | 01/08/13 | J | | |
| 303. | | | | | Sold (part) | 02/07/13 | J | A | |
| 304. | | | | | Sold | 03/07/13 | J | A | |
| 305. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 306. | | | | | Sold (part) | 04/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 05/07/13 | J | A | |
| 308. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 309. | | | | | Sold | 06/07/13 | J | A | |
| 310. Port Formula #1-Oshkosk Truck Corp | | None | | | Sold | 01/08/13 | J | A | |
| 311. Port Formula #1-PennyMac Mortgage | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 312. | | | | | Buy | 03/07/13 | J | | |
| 313. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 314. | | | | | Sold | 06/07/13 | J | A | |
| 315. Port Formula #1-Prosperity Bancshares | | None | | | Sold | 01/08/13 | J | A | |
| 316. Port Formula #1-Regal-Beloit Corp | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 317. | | | | | Sold (part) | 04/05/13 | J | A | |
| 318. | | | | | Buy | 05/07/13 | J | | |
| 319. | | | | | Sold | 06/07/13 | J | A | |
| 320. Port Formula #1-Reinsurance Group Amer | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 321. | | | | | Buy | 03/07/13 | J | | |
| 322. | | | | | Sold | 04/05/13 | J | A | |
| 323. | | | | | Buy (add'l) | 05/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 06/07/13 | J | A | |
| 325. Port Formula #1-Reliance Steel & Aluminum | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 326. | | | | | Buy | 02/07/13 | J | | |
| 327. | | | | | Sold (part) | 03/07/13 | J | A | |
| 328. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 329. | | | | | Sold | 06/07/13 | J | A | |
| 330. Port Formula #1-Schweitzer-Mauduit International | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 331. | | | | | Buy | 02/07/13 | J | | |
| 332. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 333. | | | | | Sold | 05/07/13 | J | A | |
| 334. Port Formula #1-Sensient Technologies Corp | A | Dividend | | | Buy | 01/08/13 | J | | |
| 335. | | | | | Sold (part) | 02/07/13 | J | A | |
| 336. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 337. | | | | | Sold (part) | 05/07/13 | J | A | |
| 338. | | | | | Sold | 06/07/13 | J | A | |
| 339. Port Formula #1-Spirit Airls inc | | None | | | Sold (part) | 01/08/13 | J | A | |
| 340. | | | | | Sold | 02/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Port Formula #1-Stryker Corp | A | Dividend | | | Sold | 02/07/13 | J | A | |
| 342. Port Formula #1-Suncor Energy Inc. | | None | | | Sold | 02/07/13 | J | A | |
| 343. Port Formula #1-Tenaris S.A. American Depositary | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 344. | | | | | Buy | 02/07/13 | J | | |
| 345. | | | | | Sold | 03/07/13 | J | A | |
| 346. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 347. | | | | | Sold (part) | 05/07/13 | J | A | |
| 348. | | | | | Sold | 06/07/13 | J | A | |
| 349. Port Formula #1-Tenneco Automotive | | None | | | Sold (part) | 01/08/13 | J | A | |
| 350. | | | | | Buy | 02/07/13 | J | | |
| 351. | | | | | Sold | 03/07/13 | J | A | |
| 352. Port Formula #1-US Bancorp | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 353. Port Formula #1-USANA Health Sciences | | None | | | Buy | 01/08/13 | J | | |
| 354. | | | | | Sold (part) | 02/07/13 | J | A | |
| 355. | | | | | Sold (part) | 03/07/13 | J | A | |
| 356. | | | | | Sold (part) | 04/05/13 | J | A | |
| 357. | | | | | Sold (part) | 05/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 06/07/13 | J | A | |
| 359. Port Formula #1-UnitedHealth Group | A | Dividend | | | Buy | 02/07/13 | J | | |
| 360. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 361. | | | | | Sold (part) | 04/05/13 | J | A | |
| 362. | | | | | Sold | 05/07/13 | J | A | |
| 363. Port Formula #1-Valmont Industries | A | Dividend | | | Sold | 02/07/13 | J | A | |
| 364. | | | | | Buy | 03/07/13 | J | | |
| 365. | | | | | Sold | 04/05/13 | J | A | |
| 366. Port Formula #1-Garmin Ltd Shs | | None | | | Buy | 02/07/13 | J | | |
| 367. | | | | | Sold | 03/07/13 | J | A | |
| 368. Port Formula #1-Copa Holdings | | None | | | Buy | 01/08/13 | J | | |
| 369. | | | | | Sold (part) | 02/07/13 | J | A | |
| 370. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 371. | | | | | Sold (part) | 04/05/13 | J | A | |
| 372. | | | | | Sold (part) | 05/07/13 | J | A | |
| 373. | | | | | Sold | 06/07/13 | J | A | |
| 374. Port Formula #1-Redwood Trust | | None | | | Buy | 01/08/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 02/07/13 | J | A | |
| 376. | | | | | Buy | 04/07/13 | J | | |
| 377. | | | | | Sold | 05/07/13 | J | A | |
| 378. Port Formula #1-Radian Group | A | Dividend | | | Buy | 01/08/13 | J | | |
| 379. | | | | | Sold (part) | 02/07/13 | J | A | |
| 380. | | | | | Sold | 03/07/13 | J | A | |
| 381. Port Formula #1-Steelcase Inc. | A | Dividend | | | Buy | 01/08/13 | J | | |
| 382. | | | | | Sold | 02/07/13 | J | A | |
| 383. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 384. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 385. | | | | | Sold | 05/07/13 | J | A | |
| 386. Port Formula #1-Intel Corp | A | Dividend | | | Buy | 01/08/13 | J | | |
| 387. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 388. | | | | | Sold | 03/07/13 | J | A | |
| 389. Port Formula #1-Lithia Motors Inc. | A | Dividend | | | Buy | 01/08/13 | J | | |
| 390. | | | | | Sold (part) | 02/07/13 | J | A | |
| 391. | | | | | Sold (part) | 03/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy | 04/05/13 | J | | |
| 393. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 394. | | | | | Sold | 06/07/13 | J | A | |
| 395. Port Formula #1-Oracle Corp | | None | | | Buy | 01/08/13 | J | | |
| 396. | | | | | Sold (part) | 02/07/13 | J | A | |
| 397. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 398. | | | | | Sold | 04/05/13 | J | A | |
| 399. Port Formula #1-Fifth St Fin Corp | A | Dividend | | | Buy | 01/08/13 | J | | |
| 400. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 401. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 402. | | | | | Sold | 06/07/13 | J | A | |
| 403. Port Formula #1-Precision Drilling Corp | | None | | | Buy | 01/08/13 | J | | |
| 404. | | | | | Sold | 02/07/13 | J | A | |
| 405. Port Formula #1-Baker Hughes Inc | A | Dividend | | | Buy | 01/08/13 | J | | |
| 406. | | | | | Sold | 02/07/13 | J | A | |
| 407. Port Formula #1-Adtran Inc. | | None | | | Buy | 01/08/13 | J | | |
| 408. | | | | | Sold | 02/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Port Formula #1-Standard Pacific Corp | | None | | | Buy | 01/08/13 | J | | |
| 410. | | | | | Sold | 02/07/13 | J | A | |
| 411. Port Formula #1-8X8 Inc. | | None | | | Buy | 01/08/13 | J | | |
| 412. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 413. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 414. | | | | | Sold | 04/05/13 | J | A | |
| 415. Port Formula #1-Spartech Corporation | | None | | | Buy | 01/08/13 | J | | |
| 416. | | | | | Sold | 02/07/13 | J | A | |
| 417. Port Formula #1-Herbalife Ltd. | A | Dividend | | | Buy | 01/08/13 | J | | |
| 418. | | | | | Sold (part) | 02/07/13 | J | A | |
| 419. | | | | | Sold | 03/07/13 | J | A | |
| 420. Port Formula #1-Smithfield Foods | | None | | | Buy | 01/08/13 | J | | |
| 421. | | | | | Sold | 02/07/13 | J | A | |
| 422. Port Formula #1-Foot Locker | A | Dividend | | | Buy | 01/08/13 | J | | |
| 423. | | | | | Sold | 02/07/13 | J | A | |
| 424. | | | | | Buy | 04/05/13 | J | | |
| 425. | | | | | Sold (part) | 05/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold | 06/07/13 | J | A | |
| 427. Port Formula #1-Louisiana Pacific Corp | | None | | | Buy | 01/08/13 | J | | |
| 428. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 429. | | | | | Sold | 03/07/13 | J | A | |
| 430. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 431. | | | | | Sold | 06/07/13 | J | A | |
| 432. Port Formula #1-Papa Johns International | | None | | | Buy | 01/08/13 | J | | |
| 433. | | | | | Sold (part) | 02/07/13 | J | A | |
| 434. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 435. | | | | | Sold | 04/05/13 | J | A | |
| 436. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 437. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 438. | | | | | Sold | 06/07/13 | J | A | |
| 439. Port Formula #1-Questcor Pharmaceuticals | | None | | | Buy | 01/08/13 | J | | |
| 440. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 441. | | | | | Sold | 03/07/13 | J | A | |
| 442. Port Formula #1-Smith & Wesson Holding | | None | | | Buy | 01/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold | 02/07/13 | J | A | |
| 444. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 445. | | | | | Sold | 05/07/13 | J | A | |
| 446. Port Formula #1-Sterlite Industries | | None | | | Buy | 01/08/13 | J | | |
| 447. | | | | | Sold | 02/07/13 | J | A | |
| 448. Port Formula #1-American Greetings Corp | | None | | | Buy | 01/08/13 | J | | |
| 449. | | | | | Sold | 02/07/13 | J | A | |
| 450. Port Formula #1-Air Methods Corporation | | None | | | Buy | 01/08/13 | J | | |
| 451. | | | | | Sold | 02/07/13 | J | A | |
| 452. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 453. | | | | | Sold | 05/07/13 | J | A | |
| 454. Port Formula #1-Terradyne Inc | | None | | | Buy | 01/08/13 | J | | |
| 455. | | | | | Sold | 02/07/13 | J | A | |
| 456. Port Formula #1-Sasol Limited Adss | | None | | | Buy | 01/08/13 | J | | |
| 457. | | | | | Sold | 03/07/13 | J | A | |
| 458. Port Formula #1-Syntel Inc. | | None | | | Buy | 01/08/13 | J | | |
| 459. | | | | | Sold | 02/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 461. | | | | | Sold | 03/07/13 | J | A | |
| 462. Port Formula #1-Lancaster Colony Corporation | | None | | | Buy | 01/08/13 | J | | |
| 463. | | | | | Sold | 02/07/13 | J | A | |
| 464. Port Formula #1-Cash America International | A | Dividend | | | Buy | 01/08/13 | J | | |
| 465. | | | | | Sold (part) | 02/07/13 | J | A | |
| 466. | | | | | Sold (part) | 03/07/13 | J | A | |
| 467. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 468. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 469. | | | | | Sold | 06/07/13 | J | A | |
| 470. Port Formula #1-Semgroup Corp | | None | | | Buy | 02/07/13 | J | | |
| 471. | | | | | Sold | 03/07/13 | J | A | |
| 472. Port Formula #1-Express Inc. | | None | | | Buy | 02/07/13 | J | | |
| 473. | | | | | Sold | 03/07/13 | J | A | |
| 474. Port Formula #1-Netflix Com | | None | | | Buy | 02/07/13 | J | | |
| 475. | | | | | Sold | 03/07/13 | J | A | |
| 476. | | | | | Buy (add'l) | 04/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold | 05/07/13 | J | A | |
| 478. Port Formula #1-Pricesmart Inc. | | None | | | Buy | 02/07/13 | J | | |
| 479. | | | | | Sold (part) | 03/07/13 | J | A | |
| 480. | | | | | Sold | 04/05/13 | J | A | |
| 481. Port Formula #1-Platinum Underwriters Hldgs | A | Dividend | | | Buy | 02/07/13 | J | | |
| 482. | | | | | Sold | 03/07/13 | J | A | |
| 483. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 484. | | | | | Sold | 05/07/13 | J | A | |
| 485. Port Formula #1-American Capital Ltd. | | None | | | Buy | 02/07/13 | J | | |
| 486. | | | | | Sold (part) | 03/07/13 | J | A | |
| 487. | | | | | Sold | 04/05/13 | J | A | |
| 488. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 489. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 490. | | | | | Sold | 06/07/13 | J | A | |
| 491. Port Formula #1-Travelers Cos | A | Dividend | | | Buy | 02/07/13 | J | | |
| 492. | | | | | Sold (part) | 05/07/13 | J | A | |
| 493. | | | | | Sold | 06/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Port Formula #1-Meritage Home Corp | None | | | | Buy | 02/07/13 | J | | |
| 495. | | | | | Sold (part) | 03/07/13 | J | A | |
| 496. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 497. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 498. | | | | | Sold | 06/07/13 | J | A | |
| 499. Port Formula #1-Live Nation Inc | None | | | | Buy | 02/07/13 | J | | |
| 500. | | | | | Sold | 03/07/13 | J | A | |
| 501. Port Formula #1-Fifth & Pac Cos Inc | None | | | | Buy | 02/07/13 | J | | |
| 502. | | | | | Sold | 03/07/13 | J | A | |
| 503. Port Formula #1-First Cash Financial Services | None | | | | Buy | 02/07/13 | J | | |
| 504. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 505. | | | | | Sold (part) | 04/05/13 | J | A | |
| 506. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 507. | | | | | Sold | 05/07/13 | J | A | |
| 508. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 509. | | | | | Sold | 06/07/13 | J | A | |
| 510. Port Formula #1-Washington Federal | None | | | | Buy | 02/07/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold | 04/05/13 | J | A | |
| 512.  Port Formula #1-Changyou.com Limited | | None | | | Buy | 02/07/13 | J | | |
| 513. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 514. | | | | | Sold | 04/05/13 | J | A | |
| 515.  Port Formula #1-RPC Inc. | A | Dividend | | | Buy | 02/07/13 | J | | |
| 516. | | | | | Sold | 03/07/13 | J | A | |
| 517.  Port Formula #1-Amphenol | A | Dividend | | | Buy | 02/07/13 | J | | |
| 518. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 519. | | | | | Sold | 05/07/13 | J | A | |
| 520.  Port Formula #1-Apollo Group | | None | | | Buy | 02/07/13 | J | | |
| 521. | | | | | Sold | 03/07/13 | J | A | |
| 522.  Port Formula #1-Rent-A-Center | A | Dividend | | | Buy | 02/07/13 | J | | |
| 523. | | | | | Sold (part) | 03/07/13 | J | A | |
| 524. | | | | | Sold | 04/05/13 | J | A | |
| 525.  Port Formula #1-Giant Interactive Group | A | Dividend | | | Buy | 02/07/13 | J | | |
| 526. | | | | | Sold (part) | 03/07/13 | J | A | |
| 527. | | | | | Sold (part) | 04/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold (part) | 05/07/13 | J | A | |
| 529. | | | | | Sold | 06/07/13 | J | A | |
| 530. Port Formula #1-Illinois Tool Wks | A | Dividend | | | Buy | 02/07/13 | J | | |
| 531. | | | | | Sold (part) | 05/07/13 | J | A | |
| 532. | | | | | Sold | 06/07/13 | J | A | |
| 533. Port Formula #1-Moog Inc. | | None | | | Buy | 02/07/13 | J | | |
| 534. | | | | | Sold | 03/07/13 | J | A | |
| 535. Port Formula #1-Lindsay Manufacturing | A | Dividend | | | Buy | 02/07/13 | J | | |
| 536. | | | | | Sold (part) | 03/07/13 | J | A | |
| 537. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 538. | | | | | Sold | 05/07/13 | J | A | |
| 539. Port Formula #1-Medifast Inc. | | None | | | Buy | 02/07/13 | J | | |
| 540. | | | | | Sold (part) | 03/07/13 | J | A | |
| 541. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 542. | | | | | Sold | 05/07/13 | J | A | |
| 543. Port Formula #1-Textainer Group Holdings | A | Dividend | | | Buy | 02/07/13 | J | | |
| 544. | | | | | Sold | 03/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Port Formula #1-Unifirst Corp. | A | Dividend | | | Buy | 02/07/13 | J | | |
| 546. | | | | | Sold (part) | 03/07/13 | J | A | |
| 547. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 548. | | | | | Sold (part) | 05/07/13 | J | A | |
| 549. | | | | | Sold | 06/07/13 | J | A | |
| 550. Port Formula #1-Marketaxess Holdings | A | Dividend | | | Buy | 02/07/13 | J | | |
| 551. | | | | | Sold | 03/07/13 | J | A | |
| 552. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 553. | | | | | Sold | 05/07/13 | J | A | |
| 554. Port Formula #1-Helen of Troy | | None | | | Buy | 02/07/13 | J | | |
| 555. | | | | | Sold (part) | 04/05/13 | J | A | |
| 556. | | | | | Sold | 05/07/13 | J | A | |
| 557. Port Formula #1-Blucora Inc. | | None | | | Buy | 02/07/13 | J | | |
| 558. | | | | | Sold | 03/07/13 | J | A | |
| 559. Port Formula #1-Starz Liberty Cap | | None | | | Buy | 02/07/13 | J | | |
| 560. | | | | | Sold | 03/07/13 | J | A | |
| 561. Port Formula #1-Silicon Graphics International Corp | | None | | | Buy | 03/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 563. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 564. | | | | | Sold | 06/07/13 | J | A | |
| 565. Port Formula #1-Swift Transn Co | | None | | | Buy | 03/07/13 | J | | |
| 566. | | | | | Sold | 04/05/13 | J | A | |
| 567. Port Formula #1-NXP Semiconductors | | None | | | Buy | 03/07/13 | J | | |
| 568. | | | | | Sold | 04/05/13 | J | A | |
| 569. Port Formula #1-Netspend Holdings | | None | | | Buy | 03/07/13 | J | | |
| 570. | | | | | Sold | 04/05/13 | J | A | |
| 571. Port Formula #1-Sunpower Corp | | None | | | Buy | 03/07/13 | J | | |
| 572. | | | | | Buy (add'l) | 04/02/13 | J | | |
| 573. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 574. | | | | | Sold | 06/07/13 | J | A | |
| 575. Port Formula #1-O Reilly Automotive Inc | | None | | | Buy | 03/07/13 | J | | |
| 576. | | | | | Sold | 04/05/13 | J | A | |
| 577. Port Formula #1-XL Gorup | A | Dividend | | | Buy | 03/07/13 | J | | |
| 578. | | | | | Sold (part) | 04/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold (part) | 05/07/13 | J | A | |
| 580. | | | | | Sold | 06/07/13 | J | A | |
| 581. Port Formula #1-Home Ln Servicing Solutions | A | Dividend | | | Buy | 03/07/13 | J | | |
| 582. | | | | | Sold | 04/05/13 | J | A | |
| 583. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 584. | | | | | Sold | 06/07/13 | J | A | |
| 585. Port Formula #1-Axis Capital Holdings | A | Dividend | | | Buy | 03/07/13 | J | | |
| 586. | | | | | Sold | 04/05/13 | J | A | |
| 587. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 588. | | | | | Sold | 05/07/13 | J | A | |
| 589. Port Formula #1-American Financial Group Inc | | None | | | Buy | 03/07/13 | J | | |
| 590. | | | | | Sold | 04/05/13 | J | A | |
| 591. Port Formula #1-Comerica Inc. | A | Dividend | | | Buy | 03/07/13 | J | | |
| 592. | | | | | Sold | 04/05/13 | J | A | |
| 593. Port Formula #1-Medtronics Inc. | | None | | | Buy | 03/07/13 | J | | |
| 594. | | | | | Sold | 04/05/13 | J | A | |
| 595. Port Formula #1-Everest Reinsurance Group Ltd | | None | | | Buy | 03/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. | | | | | Sold | 05/07/13 | J | A | |
| 597. Port Formula #1-Turkcell Iletism Hizmetleri | | None | | | Buy | 03/07/13 | J | | |
| 598. | | | | | Sold | 04/05/13 | J | A | |
| 599. Port Formula #1-Manpower Group | | None | | | Buy | 03/07/13 | J | | |
| 600. | | | | | Sold | 04/05/13 | J | A | |
| 601. Port Formula #1-Piper Jaffray | | None | | | Buy | 03/07/13 | J | | |
| 602. | | | | | Sold | 04/05/13 | J | A | |
| 603. Port Formula #1-Aspen Insurance Holdings | | None | | | Buy | 03/07/13 | J | | |
| 604. | | | | | Sold (part) | 04/05/13 | J | A | |
| 605. | | | | | Sold | 05/07/13 | J | A | |
| 606. Port Formula #1-TAL International Group | A | Dividend | | | Buy | 03/07/13 | J | | |
| 607. | | | | | Sold | 04/05/13 | J | A | |
| 608. Port Formula #1-Popular Inc | | None | | | Buy | 03/07/13 | J | | |
| 609. | | | | | Sold | 04/05/13 | J | A | |
| 610. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 611. | | | | | Sold | 05/07/13 | J | A | |
| 612. Port Formula #1-Arris Group Inc. | | None | | | Buy | 03/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 614. | | | | | Sold | 05/07/13 | J | A | |
| 615. Port Formula #1-Lin TV Corp | | None | | | Buy | 03/07/13 | J | | |
| 616. | | | | | Sold | 04/05/13 | J | A | |
| 617. Port Formula #1-Sodastream International | | None | | | Buy | 03/07/13 | J | | |
| 618. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 619. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 620. | | | | | Sold | 06/07/13 | J | A | |
| 621. Port Formula #1-Apple Computer | A | Dividend | | | Buy | 03/07/13 | J | | |
| 622. | | | | | Sold | 06/07/13 | J | A | |
| 623. Port Formula #1-Abbott Labs | A | Dividend | | | Buy | 03/07/13 | J | | |
| 624. | | | | | Sold (part) | 04/05/13 | J | A | |
| 625. | | | | | Sold | 05/07/13 | J | A | |
| 626. Port Formula #1-Buckle Inc (The) | | None | | | Buy | 03/07/13 | J | | |
| 627. | | | | | Sold | 04/05/13 | J | A | |
| 628. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 629. | | | | | Sold | 06/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Port Formula #1-Unumprovident Corporation | | None | | | Buy | 03/07/13 | J | | |
| 631. | | | | | Sold | 04/05/13 | J | A | |
| 632. Port Formula #1-Murphy Oil Corp | A | Dividend | | | Buy | 03/07/13 | J | | |
| 633. | | | | | Sold | 06/07/13 | J | A | |
| 634. Port Formula #1-Gardner Denver Inc. | A | Dividend | | | Buy | 03/07/13 | J | | |
| 635. | | | | | Sold | 05/07/13 | J | A | |
| 636. Port Formula #1-Forum Energy Technologies | | None | | | Buy | 03/07/13 | J | | |
| 637. | | | | | Sold | 04/05/13 | J | A | |
| 638. Port Formula #1-Cinnicinati Financial Corporation | A | Dividend | | | Buy | 03/07/13 | J | | |
| 639. | | | | | Sold | 04/05/13 | J | A | |
| 640. Port Formula #1-Skechers U.S.A. | | None | | | Buy | 03/07/13 | J | | |
| 641. | | | | | Sold | 04/05/13 | J | A | |
| 642. Port Formula #1-Advanced Energy Industries | | None | | | Buy | 03/07/13 | J | | |
| 643. | | | | | Sold | 04/05/13 | J | A | |
| 644. Port Formula #1-Moody's Corp | | None | | | Buy | 03/07/13 | J | | |
| 645. | | | | | Sold | 04/05/13 | J | A | |
| 646. Port Formula #1-Avery Dennison Corp. | | None | | | Buy | 03/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold | 04/05/13 | J | A | |
| 648.  Port Formula #1-Sunstone Hotel Investors | | None | | | Buy | 03/07/13 | J | | |
| 649. | | | | | Sold | 04/05/13 | J | A | |
| 650.  Port Formula #1-CNO Finl Group Inc. | A | Dividend | | | Buy | 03/07/13 | J | | |
| 651. | | | | | Sold | 04/05/13 | J | A | |
| 652.  Port Formula #1-Winnebago Inds | | None | | | Buy | 03/07/13 | J | | |
| 653. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 654. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 655. | | | | | Sold | 06/07/13 | J | A | |
| 656.  Port Formula #1-Republic Airways Holdings Inc. | | None | | | Buy | 03/07/13 | J | | |
| 657. | | | | | Sold | 04/05/13 | J | A | |
| 658. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 659. | | | | | Sold | 06/07/13 | J | A | |
| 660.  Port Formula #1-Ensco PLC | A | Dividend | | | Buy | 03/07/13 | J | | |
| 661. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 662. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 663. | | | | | Sold | 06/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. Port Formula #1-Oil States International Inc. | | None | | | Buy | 03/07/13 | J | | |
| 665. | | | | | Sold (part) | 05/07/13 | J | A | |
| 666. | | | | | Sold | 06/07/13 | J | A | |
| 667. Port Formula #1-Lincoln Electric Holdings | A | Dividend | | | Buy | 03/07/13 | J | | |
| 668. | | | | | Sold | 04/05/13 | J | A | |
| 669. Port Formula #1-Montpelier Re Holdings Ltd | A | Dividend | | | Buy | 03/07/13 | J | | |
| 670. | | | | | Sold | 04/05/13 | J | A | |
| 671. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 672. | | | | | Sold | 06/07/13 | J | A | |
| 673. Port Formula #1-Pier 1 Imports | | None | | | Buy | 03/07/13 | J | | |
| 674. | | | | | Sold | 04/05/13 | J | A | |
| 675. Port Formula #1-Aspen Technology Inc. | | None | | | Buy | 03/07/13 | J | | |
| 676. | | | | | Sold | 04/05/13 | J | A | |
| 677. Port Formula #1-Evercore Partners Inc. | | None | | | Buy | 03/07/13 | J | | |
| 678. | | | | | Sold | 04/05/13 | J | A | |
| 679. Port Formula #1-Castle (A.M.) & Co. | | None | | | Buy | 03/07/13 | J | | |
| 680. | | | | | Buy (add'l) | 04/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Sold | 05/07/13 | J | A | |
| 682. Port Formula #1-CF Industries Holdings Inc. | A | Dividend | | | Buy | 03/07/13 | J | | |
| 683. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 684. | | | | | Sold | 06/07/13 | J | A | |
| 685. Port Formula #1-Webster Financial Corp | A | Dividend | | | Buy | 03/07/13 | J | | |
| 686. | | | | | Sold (part) | 04/05/13 | J | A | |
| 687. | | | | | Sold | 05/07/13 | J | A | |
| 688. Port Formula #1-UTD Therapeutical | | None | | | Buy | 03/07/13 | J | | |
| 689. | | | | | Sold | 04/05/13 | J | A | |
| 690. Port Formula #1-Wisdomtree Invts Inc | | None | | | Buy | 03/07/13 | J | | |
| 691. | | | | | Sold | 04/05/13 | J | A | |
| 692. Port Formula #1-Validus Holdings Ltd | A | Dividend | | | Buy | 03/07/13 | J | | |
| 693. | | | | | Sold | 04/05/13 | J | A | |
| 694. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 695. | | | | | Sold | 06/07/13 | J | A | |
| 696. Port Formula #1-Coventry Health Care | A | Dividend | | | Buy | 03/07/13 | J | | |
| 697. | | | | | Sold | 05/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698.  Port Formula #1-Cray Inc. | None | | | | Buy | 04/05/13 | J | | |
| 699. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 700. | | | | | Sold | 06/07/13 | J | A | |
| 701.  Port Formula #1-American Eagle Outfitters Inc. | None | | | | Buy | 04/05/13 | J | | |
| 702. | | | | | Sold (part) | 05/07/13 | J | A | |
| 703. | | | | | Sold | 06/07/13 | J | A | |
| 704.  Port Formula #1-Proassurance Corporation | None | | | | Buy | 04/05/13 | J | | |
| 705. | | | | | Sold | 05/07/13 | J | A | |
| 706.  Port Formula #1-Virgin Media Inc. | None | | | | Buy | 04/05/13 | J | | |
| 707. | | | | | Sold | 05/07/13 | J | A | |
| 708.  Port Formula #1-AOL Inc. | None | | | | Buy | 04/05/13 | J | | |
| 709. | | | | | Sold | 06/07/13 | J | A | |
| 710.  Port Formula #1-Apogee Enterprises | None | | | | Buy | 04/05/13 | J | | |
| 711. | | | | | Sold | 05/07/13 | J | A | |
| 712.  Port Formula #1-Clearwater Paper Corp | None | | | | Buy | 04/05/13 | J | | |
| 713. | | | | | Sold | 05/07/13 | J | A | |
| 714.  Port Formula #1-Sonic Corp | None | | | | Buy | 04/05/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 716. | | | | | Sold | 06/07/13 | J | A | |
| 717. Port Formula #1-Western Asset Mtge Cap | A | Dividend | | | Buy | 04/05/13 | J | | |
| 718. | | | | | Sold | 05/07/13 | J | A | |
| 719. Port Formula #1-State Street Corp | | None | | | Buy | 04/05/13 | J | | |
| 720. | | | | | Sold | 05/07/13 | J | A | |
| 721. Port Formula #1-Partnerre Ltd. | | None | | | Buy | 04/05/13 | J | | |
| 722. | | | | | Sold | 05/07/13 | J | A | |
| 723. Port Formula #1-D R Horton | | None | | | Buy | 04/05/13 | J | | |
| 724. | | | | | Sold | 05/07/13 | J | A | |
| 725. Port Formula #1-Arch Capital Group | | None | | | Buy | 04/05/13 | J | | |
| 726. | | | | | Sold | 05/07/13 | J | A | |
| 727. Port Formula #1-Standard Mtr Prods | | None | | | Buy | 04/05/13 | J | | |
| 728. | | | | | Sold | 05/07/13 | J | A | |
| 729. Port Formula #1-Home Depot Inc. | A | Dividend | | | Buy | 04/05/13 | J | | |
| 730. | | | | | Sold (part) | 05/07/13 | J | A | |
| 731. | | | | | Sold | 06/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. Port Formula #1-Flowers Foods Inc | | None | | | Buy | 04/05/13 | J | | |
| 733. | | | | | Sold | 05/07/13 | J | A | |
| 734. Port Formula #1-EPL Oil & Gas Inc. | | None | | | Buy | 04/05/13 | J | | |
| 735. | | | | | Sold | 05/07/13 | J | A | |
| 736. Port Formula #1-Steve Madden | | None | | | Buy | 04/05/13 | J | | |
| 737. | | | | | Sold (part) | 05/07/13 | J | A | |
| 738. | | | | | Sold | 06/07/13 | J | A | |
| 739. Port Formula #1-AMN Healthcare Services | | None | | | Buy | 04/05/13 | J | | |
| 740. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 741. | | | | | Sold | 06/07/13 | J | A | |
| 742. Port Formula #1-Credit Acceptance Corp | | None | | | Buy | 04/05/13 | J | | |
| 743. | | | | | Sold | 05/07/13 | J | A | |
| 744. Port Formula #1-Glaxo Welcome PLC | | None | | | Buy | 04/05/13 | J | | |
| 745. | | | | | Sold | 05/07/13 | J | A | |
| 746. Port Formula #1-Lattice Semiconductor | | None | | | Buy | 04/05/13 | J | | |
| 747. | | | | | Sold | 05/07/13 | J | A | |
| 748. Port Formula #1-Select Med Hldgs | A | Dividend | | | Buy | 04/05/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 750. | | | | | Sold | 06/07/13 | J | A | |
| 751. Port Formula #1-Dineequity Inc | | None | | | Buy | 04/05/13 | J | | |
| 752. | | | | | Sold | 05/07/13 | J | A | |
| 753. Port Formula #1-Felcor Lodging Tr | | None | | | Buy | 04/05/13 | J | | |
| 754. | | | | | Sold | 05/07/13 | J | A | |
| 755. Port Formula #1-Saia Inc. | | None | | | Buy | 04/05/13 | J | | |
| 756. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 757. | | | | | Sold | 06/07/13 | J | A | |
| 758. Port Formula #1-Allied World Assurance Company | | None | | | Buy | 04/05/13 | J | | |
| 759. | | | | | Sold | 06/07/13 | J | A | |
| 760. Port Formula #1-Western Digital Corp | | None | | | Buy | 04/05/13 | J | | |
| 761. | | | | | Sold | 05/07/13 | J | A | |
| 762. Port Formula #1-Varian Medical Systems | | None | | | Buy | 04/05/13 | J | | |
| 763. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 764. | | | | | Sold | 06/07/13 | J | A | |
| 765. Port Formula #1-Apartmt Invt Mgmt Co | A | Dividend | | | Buy | 04/05/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 767. | | | | | Sold | 06/07/13 | J | A | |
| 768.  Port Formula #1-Lear Corp Com | | None | | | Buy | 04/05/13 | J | | |
| 769. | | | | | Sold | 05/07/13 | J | A | |
| 770.  Port Formula #1-Westlake Chemical Corporation | A | Dividend | | | Buy | 04/05/13 | J | | |
| 771. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 772. | | | | | Sold | 06/07/13 | J | A | |
| 773.  Port Formula #1-Lyondellbasell Industries | | None | | | Buy | 04/05/13 | J | | |
| 774. | | | | | Sold | 05/07/13 | J | A | |
| 775.  Port Formula #1-DXP Enterprises | | None | | | Buy | 04/05/13 | J | | |
| 776. | | | | | Sold | 05/07/13 | J | A | |
| 777.  Port Formula #1-Alaska Air Group | | None | | | Buy | 04/05/13 | J | | |
| 778. | | | | | Sold | 05/07/13 | J | A | |
| 779.  Port Formula #1-Cubic Corporation | | None | | | Buy | 05/07/13 | J | | |
| 780. | | | | | Sold | 06/07/13 | J | A | |
| 781.  Port Formula #1-Tesoro Pete Corp | A | Dividend | | | Buy | 05/07/13 | J | | |
| 782. | | | | | Sold | 06/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. Port Formula #1-Tempur Sealy International | | None | | | Buy | 05/07/13 | J | | |
| 784. | | | | | Sold | 06/07/13 | J | A | |
| 785. Port Formula #1-Biomed Realty Trust Inc. | | None | | | Buy | 05/07/13 | J | | |
| 786. | | | | | Sold | 06/07/13 | J | A | |
| 787. Port Formula #1-Santarus Inc. | | None | | | Buy | 05/07/13 | J | | |
| 788. | | | | | Sold | 06/07/13 | J | A | |
| 789. Port Formula #1-Companhia De Saneamento | | None | | | Buy | 05/07/13 | J | | |
| 790. | | | | | Sold | 06/07/13 | J | A | |
| 791. Port Formula #1-Renaissancere Holdings | | None | | | Buy | 05/07/13 | J | | |
| 792. | | | | | Sold | 06/07/13 | J | A | |
| 793. Port Formula #1-Humana Inc. | | None | | | Buy | 05/07/13 | J | | |
| 794. | | | | | Sold | 06/07/13 | J | A | |
| 795. Port Formula #1-Potlatch Corporation | | None | | | Buy | 05/07/13 | J | | |
| 796. | | | | | Sold | 06/07/13 | J | A | |
| 797. Port Formula #1-Allstate Corporation | | None | | | Buy | 05/07/13 | J | | |
| 798. | | | | | Sold | 06/07/13 | J | A | |
| 799. Port Formula #1-Borg-Warner Automotive Inc | | None | | | Buy | 05/07/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Sold | 06/07/13 | J | A | |
| 801. Port Formula #1-Toll Brothers | None | | | | Buy | 05/07/13 | J | | |
| 802. | | | | | Sold | 06/07/13 | J | A | |
| 803. Port Formula #1-Aercap Holdings | None | | | | Buy | 05/07/13 | J | | |
| 804. | | | | | Sold | 06/07/13 | J | A | |
| 805. Port Formula #1-Lumber Liquidators | None | | | | Buy | 05/07/13 | J | | |
| 806. | | | | | Sold | 06/07/13 | J | A | |
| 807. Port Formula #1-Skywest Inc. | None | | | | Buy | 05/07/13 | J | | |
| 808. | | | | | Sold | 06/07/13 | J | A | |
| 809. Port Formula #1-Bioscrip, Inc. | None | | | | Buy | 05/07/13 | J | | |
| 810. | | | | | Sold | 06/07/13 | J | A | |
| 811. Port Formula #1-Green Plains Renewable Energy | None | | | | Buy | 05/07/13 | J | | |
| 812. | | | | | Sold | 06/07/13 | J | A | |
| 813. Port Formula #1-Ace Limited Shs | None | | | | Buy | 05/07/13 | J | | |
| 814. | | | | | Sold | 06/07/13 | J | A | |
| 815. Port Formula #1-HCC Insurance | None | | | | Buy | 05/07/13 | J | | |
| 816. | | | | | Sold | 06/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817.  Port Formula #1-PVH Corp | A | Dividend | | | Buy | 05/07/13 | J | | |
| 818. | | | | | Sold | 06/07/13 | J | A | |
| 819.  Port Formula #1-Cott Corporation | A | Dividend | | | Buy | 05/07/13 | J | | |
| 820. | | | | | Sold | 06/07/13 | J | A | |
| 821.  Port Formula #1-Telecom Agentina Stet | | None | | | Buy | 05/07/13 | J | | |
| 822. | | | | | Sold | 06/07/13 | J | A | |
| 823.  Port Formula #1-American Woodmark Corp | | None | | | Buy | 05/07/13 | J | | |
| 824. | | | | | Sold | 06/07/13 | J | A | |
| 825.  Port Formula IRA #1-8X8 Inc. | | None | | | Buy | 01/08/13 | J | | |
| 826. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 827. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 828. | | | | | Sold | 04/05/13 | J | A | |
| 829.  Port Formula IRA #1-Pimco Long Term US Gov | A | Dividend | | | Buy (add'l) | 01/08/13 | J | | |
| 830. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 831. | | | | | Sold (part) | 03/05/13 | J | A | |
| 832. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 833. | | | | | Sold (part) | 05/03/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Sold (part) | 06/05/13 | J | A | |
| 835. | | | | | Sold | 07/02/13 | J | A | |
| 836. Port Formula IRA #1-Pimco Total Return Fund Inst'l Class | None | | | | Buy (add'l) | 01/08/13 | J | | |
| 837. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 838. | | | | | Sold (part) | 03/05/13 | J | A | |
| 839. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 840. | | | | | Sold (part) | 05/03/13 | J | A | |
| 841. | | | | | Sold (part) | 06/05/13 | K | A | |
| 842. | | | | | Sold | 07/02/13 | J | A | |
| 843. Port Formula IRA #1-Pimco Emerging Mkts Bond Fund | None | | | | Sold (part) | 01/04/13 | J | A | |
| 844. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 845. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 846. | | | | | Sold (part) | 05/03/13 | J | A | |
| 847. | | | | | Sold (part) | 06/05/13 | K | A | |
| 848. | | | | | Sold | 07/02/13 | J | A | |
| 849. Port Formula IRA #1-Abbott Labs | A | Dividend | | | Buy | 03/07/13 | J | | |
| 850. | | | | | Sold (part) | 04/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Sold | 05/07/13 | J | A | |
| 852. Port Formula IRA #1-Ace Limited | None | | | | Buy | 05/07/13 | J | | |
| 853. | | | | | Sold | 06/07/13 | J | A | |
| 854. Port Forumla IRA #1-Adtran, Inc. | None | | | | Buy | 01/08/13 | J | | |
| 855. | | | | | Sold | 02/07/13 | J | A | |
| 856. Port Formula IRA #1-Aercap Holdings N.V. | None | | | | Buy | 05/07/13 | J | | |
| 857. | | | | | Sold | 06/07/13 | J | A | |
| 858. Port Formula IRA #1-Air Methods Corporation | None | | | | Buy | 01/08/13 | J | | |
| 859. | | | | | Sold | 02/07/13 | J | A | |
| 860. Port Formula IRA #1-Alaska Air Group | None | | | | Buy | 04/05/13 | J | | |
| 861. | | | | | Sold | 05/07/13 | J | A | |
| 862. Port Formula IRA #1- Allegiant Travel Company | None | | | | Sold (part) | 02/07/13 | J | A | |
| 863. | | | | | Sold (part) | 03/07/13 | J | A | |
| 864. | | | | | Sold | 04/05/13 | J | A | |
| 865. Port Formula IRA #1-Allied World Assurance Company | None | | | | Buy | 04/05/13 | J | | |
| 866. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 867. | | | | | Sold | 06/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. Port Formula IRA #1-Allstate Corporation | None | | | | Buy | 05/07/13 | J | | |
| 869. | | | | | Sold | 06/07/13 | J | A | |
| 870. Port Forumla IRA #1-American Capital Ltd. | None | | | | Buy | 02/07/13 | J | | |
| 871. | | | | | Sold (part) | 03/07/13 | J | A | |
| 872. | | | | | Sold | 04/05/13 | J | A | |
| 873. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 874. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 875. | | | | | Sold | 06/07/13 | J | A | |
| 876. Port Formula IRA #1-American Eagle Outfitters | None | | | | Buy | 04/05/13 | J | | |
| 877. | | | | | Sold (part) | 05/07/13 | J | A | |
| 878. | | | | | Sold | 06/07/13 | J | A | |
| 879. Port Formula IRA #1-Amphenol | A | Dividend | | | Buy | 02/07/13 | J | | |
| 880. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 881. | | | | | Sold | 05/07/13 | J | A | |
| 882. Port Formula IRA #1-AOL Inc. | None | | | | Buy | 04/05/13 | J | | |
| 883. | | | | | Sold | 06/07/13 | J | A | |
| 884. Port Formula IRA #1-Apollo Group Inc. | None | | | | Buy | 02/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Sold | 03/07/13 | J | A | |
| 886. Port Formula IRA #1-Apple Computer Inc. | A | Dividend | | | Buy | 03/07/13 | J | | |
| 887. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 888. | | | | | Sold | 06/07/13 | J | A | |
| 889. Port Formula IRA #1-Arch Capital Group | | None | | | Buy | 04/05/13 | J | | |
| 890. | | | | | Sold | 05/07/13 | J | A | |
| 891. Port Formula IRA #1-Axis Capital Holdings | A | Dividend | | | Buy | 03/07/13 | J | | |
| 892. | | | | | Sold | 05/07/13 | J | A | |
| 893. Port Forumla IRA #1-Baker Hughes Inc. | A | Dividend | | | Buy | 01/08/13 | J | | |
| 894. | | | | | Sold | 02/07/13 | J | A | |
| 895. Port Formula IRA #1- Bed Bath & Beyond | | None | | | Buy (add'l) | 01/08/13 | J | | |
| 896. | | | | | Sold (part) | 02/07/13 | J | A | |
| 897. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 898. | | | | | Sold (part) | 04/05/13 | J | A | |
| 899. | | | | | Sold (part) | 05/07/13 | J | A | |
| 900. | | | | | Sold | 06/07/13 | J | A | |
| 901. Port Formula IRA #1-Borg-Warner Automotive Inc. | | None | | | Buy | 05/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Sold | 06/07/13 | J | A | |
| 903. Port Formula IRA #1-Blucora Inc. | | None | | | Buy | 02/07/13 | J | | |
| 904. | | | | | Sold | 03/17/13 | J | A | |
| 905. Port Formula IRA #1-Buckle Inc | | None | | | Buy | 03/07/13 | J | | |
| 906. | | | | | Sold | 04/05/13 | J | A | |
| 907. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 908. | | | | | Sold | 06/07/13 | J | A | |
| 909. Port Formula IRA #1-CF Industries Holding, Inc. | A | Dividend | | | Buy | 03/07/13 | J | | |
| 910. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 911. | | | | | Sold | 06/07/13 | J | A | |
| 912. Port Formula IRA #1-Comcast Corp | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 913. | | | | | Sold (part) | 02/07/13 | J | A | |
| 914. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 915. | | | | | Sold | 04/05/13 | J | A | |
| 916. Port Formula IRA #1-Comerica Inc. | | None | | | Buy | 03/07/13 | J | | |
| 917. | | | | | Sold | 04/05/13 | J | A | |
| 918. Port Formula IRA #1-Companhia De Saneamento Basico | | None | | | Buy | 05/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. | | | | | Sold | 06/07/13 | J | A | |
| 920. Port Formula IRA #1-Coventry Health Care | A | Dividend | | | Buy | 03/07/13 | J | | |
| 921. | | | | | Sold (part) | 04/05/13 | J | A | |
| 922. | | | | | Sold | 05/07/13 | J | A | |
| 923. Port Formula IRA #1-Cray Inc. | | None | | | Buy | 04/05/13 | J | | |
| 924. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 925. | | | | | Sold | 06/07/13 | J | A | |
| 926. Port Formula IRA #1-Delek US Holdings | A | Dividend | | | Buy | 05/07/13 | J | | |
| 927. | | | | | Sold | 06/07/13 | J | A | |
| 928. Port Formula IRA #1-D R Horton | | None | | | Buy | 04/05/13 | J | | |
| 929. | | | | | Sold | 05/07/13 | J | A | |
| 930. Port Formula IRA #1-Dineequity Inc.com | | None | | | Buy | 04/05/13 | J | | |
| 931. | | | | | Sold | 05/07/13 | J | A | |
| 932. Port Formula IRA #1-Dollar Tree | | None | | | Buy (add'l) | 01/08/13 | J | | |
| 933. | | | | | Sold (part) | 02/07/13 | J | A | |
| 934. | | | | | Sold | 03/07/13 | J | A | |
| 935. | | | | | Buy (add'l) | 05/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | Sold | 06/07/13 | J | A | |
| 937. Port Formula IRA #1-Ensco PLC | A | Dividend | | | Buy | 03/07/13 | J | | |
| 938. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 939. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 940. | | | | | Sold | 06/07/13 | J | A | |
| 941. Port Formula IRA #1-F5 Networks | | None | | | Sold (part) | 01/08/13 | J | A | |
| 942. | | | | | Sold (part) | 02/07/13 | J | A | |
| 943. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 944. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 945. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 946. | | | | | Sold | 06/07/13 | J | A | |
| 947. Port Formula IRA #1-Foot Locker Inc. | A | Dividend | | | Buy | 01/08/13 | J | | |
| 948. | | | | | Sold | 02/07/13 | J | A | |
| 949. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 950. | | | | | Sold (part) | 05/07/13 | J | A | |
| 951. | | | | | Sold | 06/07/13 | J | A | |
| 952. Port Formula IRA #1-Fifth St Fin Corp | A | Dividend | | | Buy | 01/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 954. | | | | | Sold (part) | 03/07/13 | J | A | |
| 955. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 956. | | | | | Sold | 06/07/13 | J | A | |
| 957. Port Formula IRA #1-First Cash Financial Services Inc. | | None | | | Buy | 02/07/13 | J | | |
| 958. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 959. | | | | | Sold (part) | 04/05/13 | J | A | |
| 960. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 961. | | | | | Sold | 06/07/13 | J | A | |
| 962. Port Formula IRA #1-Forum Energy Technologies | | None | | | Buy | 03/07/13 | J | | |
| 963. | | | | | Sold | 04/05/13 | J | A | |
| 964. Port Formula IRA #1-Gardner Denver Inc. | A | Dividend | | | Buy | 03/07/13 | J | | |
| 965. | | | | | Sold (part) | 04/05/13 | J | A | |
| 966. | | | | | Sold | 05/07/13 | J | A | |
| 967. Port Formula IRA #1-Genuine Parts Co | | None | | | Buy (add'l) | 01/08/13 | J | | |
| 968. | | | | | Sold (part) | 02/07/13 | J | A | |
| 969. | | | | | Sold (part) | 04/05/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 971. | | | | | Sold | 06/07/13 | J | A | |
| 972. Port Formula IRA #1-Giant Interactive Group Inc. | | None | | | Buy | 02/07/13 | J | | |
| 973. | | | | | Sold (part) | 03/07/13 | J | A | |
| 974. | | | | | Sold (part) | 04/05/13 | J | A | |
| 975. | | | | | Sold (part) | 05/07/13 | J | A | |
| 976. | | | | | Sold | 06/07/13 | J | A | |
| 977. Port Formula IRA #1-HCC Insurance Holdings Inc. | | None | | | Buy | 05/07/13 | J | | |
| 978. | | | | | Sold | 06/07/13 | J | A | |
| 979. Port Formula IRA #1-Helen of Troy Limited | | None | | | Buy | 02/07/13 | J | | |
| 980. | | | | | Sold (part) | 03/07/13 | J | A | |
| 981. | | | | | Sold (part) | 04/05/13 | J | A | |
| 982. | | | | | Sold | 05/07/13 | J | A | |
| 983. Port Formula IRA #1-Herbalife Ltd. | A | Dividend | | | Buy | 01/08/13 | J | | |
| 984. | | | | | Sold (part) | 02/07/13 | J | A | |
| 985. | | | | | Sold | 03/07/13 | J | A | |
| 986. Port Formula IRA #1-Hibbett Sports Inc | | None | | | Buy (add'l) | 01/08/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. | | | | | Sold (part) | 02/07/13 | J | A | |
| 988. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 989. | | | | | Sold (part) | 04/05/13 | J | A | |
| 990. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 991. | | | | | Sold | 06/07/13 | J | A | |
| 992. Port Formula IRA #1-Home Depot Inc. | A | Dividend | | | Buy | 04/05/13 | J | | |
| 993. | | | | | Sold (part) | 05/07/13 | J | A | |
| 994. | | | | | Sold | 06/07/13 | J | A | |
| 995. Port Formula IRA #1-Humana Inc. | | None | | | Buy | 05/07/13 | J | | |
| 996. | | | | | Sold | 06/07/13 | J | A | |
| 997. Port Formula IRA #1-Intel Corp | A | Dividend | | | Buy | 01/08/13 | J | | |
| 998. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 999. | | | | | Sold | 03/07/13 | J | A | |
| 1000. Port Formula IRA #1-Intutive Surgical | | None | | | Sold | 02/07/13 | J | A | |
| 1001. | | | | | Buy | 05/07/13 | J | | |
| 1002. | | | | | Sold | 06/07/13 | J | A | |
| 1003. Port Formula IRA #1-Lancaster Colony Corp. | | None | | | Buy | 01/08/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Sold | 02/07/13 | J | A | |
| 1005. Port Formula IRA #1-Lear Corp Com | | None | | | Buy | 04/05/13 | J | | |
| 1006. | | | | | Sold | 05/07/13 | J | A | |
| 1007. Port Formula IRA #1-Lincoln Electric Holdings Inc. | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1008. | | | | | Sold | 04/05/13 | J | A | |
| 1009. Port Formula IRA #1-Lyondellbasell Industries | | None | | | Buy | 04/05/13 | J | | |
| 1010. | | | | | Sold | 05/07/13 | J | A | |
| 1011. Port Formula IRA #1-Marketaxess Holdings Inc. | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1012. | | | | | Sold | 03/07/13 | J | A | |
| 1013. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1014. | | | | | Sold | 05/07/13 | J | A | |
| 1015. Port Formula IRA #1-Medtronics Inc. | | None | | | Buy | 03/07/13 | J | | |
| 1016. | | | | | Sold | 04/05/13 | J | A | |
| 1017. Port Formula IRA #1-Montpelier Re Holdings Ltd | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1018. | | | | | Sold | 04/05/13 | J | A | |
| 1019. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1020. | | | | | Sold | 06/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. Port Formula IRA #1-Moog Inc. | | None | | | Buy | 02/07/13 | J | | |
| 1022. | | | | | Sold | 03/07/13 | J | A | |
| 1023. Port Formula IRA #1-Murphy Oil Corp | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1024. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1025. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1026. | | | | | Sold | 06/07/13 | J | A | |
| 1027. Port Formula IRA #1-Nam Tai Electronics | | None | | | Buy | 05/07/13 | J | | |
| 1028. | | | | | Sold | 06/07/13 | J | A | |
| 1029. Port Formula IRA #1-Netease.com | A | Dividend | | | Buy (add'l) | 01/08/13 | J | | |
| 1030. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1031. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1032. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1033. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1034. | | | | | Sold | 06/07/13 | J | A | |
| 1035. Port Formula IRA #1-Newmarket Corp | | None | | | Sold | 02/07/13 | J | A | |
| 1036. Port Formula IRA #1-Nu Skin Asia Pacific | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1037. | | | | | Sold (part) | 02/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1039. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1040. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1041. | | | | | Sold | 05/07/13 | J | A | |
| 1042. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1043. | | | | | Sold | 06/07/13 | J | A | |
| 1044. Port Formula IRA #1-Oil States International | None | | | | Buy | 03/07/13 | J | | |
| 1045. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1046. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1047. | | | | | Sold | 06/07/13 | J | A | |
| 1048. Port Formula IRA #1-Oracle Corp | None | | | | Buy | 01/08/13 | J | | |
| 1049. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1050. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1051. | | | | | Sold | 04/05/13 | J | A | |
| 1052. Port Formula IRA #1-Panera Bread Company | None | | | | Sold (part) | 02/07/13 | J | A | |
| 1053. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1054. | | | | | Sold | 04/05/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. Port Formula IRA #1-Papa John's International Inc. | | None | | | Buy | 01/08/13 | J | | |
| 1056. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1057. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1058. | | | | | Sold | 04/05/13 | J | A | |
| 1059. Port Formula IRA #1-Partnerre Ltd. | | None | | | Buy | 04/05/13 | J | | |
| 1060. | | | | | Sold | 05/07/13 | J | A | |
| 1061. Port Formula IRA #1-Pier 1 Imports | | None | | | Buy | 03/07/13 | J | | |
| 1062. | | | | | Sold | 04/05/13 | J | A | |
| 1063. Port Forumula IRA #1-Platnium Underwriters Hldings | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1064. | | | | | Sold | 03/07/13 | J | A | |
| 1065. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1066. | | | | | Sold | 05/07/13 | J | A | |
| 1067. Port Formula IRA #1-Popular Inc. | | None | | | Buy | 03/07/13 | J | | |
| 1068. | | | | | Sold | 04/05/13 | J | A | |
| 1069. Port Formula IRA #1-Portfolio Recovery Associates Inc | | None | | | Sold (part) | 01/08/13 | J | A | |
| 1070. | | | | | Sold | 02/07/13 | J | A | |
| 1071. Port Formula IRA #1-Precision Drilling Corp Com 2010 | | None | | | Buy | 01/08/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. | | | | | Sold | 02/07/13 | J | A | |
| 1073. Port Formula IRA #1-Proassurance Corporation | | None | | | Buy | 04/05/13 | J | | |
| 1074. | | | | | Sold | 05/07/13 | J | A | |
| 1075. Port Formula IRA #1-PVH Corp Com | A | Dividend | | | Buy | 05/07/13 | J | | |
| 1076. | | | | | Sold | 06/07/13 | J | A | |
| 1077. Port Formula IRA #1-Questcor Pharmaceuticals | | None | | | Buy | 01/08/13 | J | | |
| 1078. | | | | | Sold | 03/07/13 | J | A | |
| 1079. Port Formula IRA #1-Renaissance Holdings | | None | | | Buy | 05/07/13 | J | | |
| 1080. | | | | | Sold | 06/07/13 | J | A | |
| 1081. Port Formula IRA #1-Sasol Limited Adss | | None | | | Buy | 01/08/13 | J | | |
| 1082. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1083. | | | | | Sold | 03/07/13 | J | A | |
| 1084. Port Formula IRA #1-Select Med Hldgs Corp | A | Dividend | | | Buy | 04/05/13 | J | | |
| 1085. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1086. | | | | | Sold | 06/07/13 | J | A | |
| 1087. Port Formula IRA #1-State Street Corp | | None | | | Buy | 04/05/13 | J | | |
| 1088. | | | | | Sold | 05/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. Port Formula IRA #1-Sterlite Industries (India) Ltd. America | | None | | | Buy | 01/08/13 | J | | |
| 1090. | | | | | Sold | 02/07/13 | J | A | |
| 1091. Port Formula IRA #1-Steve Madden | | None | | | Buy | 04/05/13 | J | | |
| 1092. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1093. | | | | | Sold | 06/07/13 | J | A | |
| 1094. Port Formula IRA #1-Syntel, Inc. | | None | | | Buy | 01/08/13 | J | | |
| 1095. | | | | | Sold | 02/07/13 | J | A | |
| 1096. | | | | | Buy | 02/07/13 | J | | |
| 1097. | | | | | Sold | 03/07/13 | J | A | |
| 1098. Port Formula IRA #1-Telecom Agentina Stet | | None | | | Buy | 05/07/13 | J | | |
| 1099. | | | | | Sold | 06/07/13 | J | A | |
| 1100. Port Formula IRA #1-Terradyne Inc. | | None | | | Buy | 01/08/13 | J | | |
| 1101. | | | | | Sold | 02/07/13 | J | A | |
| 1102. Port Formula IRA #1-Tesoro Pete Corp | A | Dividend | | | Buy | 05/07/13 | J | | |
| 1103. | | | | | Sold | 06/07/13 | J | A | |
| 1104. Port Formula IRA #1-Textainer Group Holdings | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1105. | | | | | Sold | 03/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. Port Formula IRA #1-Thor Industries Inc. | A | Dividend | | | Buy | 04/05/13 | J | | |
| 1107. | | | | | Sold | 06/07/13 | J | A | |
| 1108. Port Formula IRA #1-Toll Brothers | | None | | | Buy | 05/07/13 | J | | |
| 1109. | | | | | Sold | 06/07/13 | J | A | |
| 1110. Port Formula IRA #1-Travelers Cos Inc. | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1111. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1112. | | | | | Sold | 06/07/13 | J | A | |
| 1113. Port Formula IRA #1-Triumph Group | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 1114. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1115. | | | | | Sold | 03/07/13 | J | A | |
| 1116. Port Formula IRA #1-Unumprovident Corporation | | None | | | Buy | 03/07/13 | J | | |
| 1117. | | | | | Sold | 04/05/13 | J | A | |
| 1118. Port Formula IRA #1-Varian Medical Systems | | None | | | Buy | 04/05/13 | J | | |
| 1119. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1120. | | | | | Sold | 06/07/13 | J | A | |
| 1121. Port Formula IRA #1-Virgin Media, Inc. | | None | | | Buy | 04/05/13 | J | | |
| 1122. | | | | | Sold | 05/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. Port Formula IRA #1-Washington Federal Inc. | | None | | | Buy | 02/07/13 | J | | |
| 1124. | | | | | Sold | 04/05/13 | J | A | |
| 1125. Port Formula IRA #1-Webster Financial Corp | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1126. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1127. | | | | | Sold | 05/07/13 | J | A | |
| 1128. Port Formula IRA #1-Western Digital Corp | | None | | | Buy | 04/05/13 | J | | |
| 1129. | | | | | Sold | 05/07/13 | J | A | |
| 1130. Port Formula IRA #1-UTD Therapeutical | | None | | | Buy | 03/07/13 | J | | |
| 1131. | | | | | Sold | 04/05/13 | J | A | |
| 1132. Port Formula IRA #1-Validus Holdings Ltd. | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1133. | | | | | Sold | 04/05/13 | J | A | |
| 1134. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1135. | | | | | Sold | 06/07/13 | J | A | |
| 1136. Port Formula IRA #1-XL Gorup PLC | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1137. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1138. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1139. | | | | | Sold | 06/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. Port Formula IRA #1-Accenture PLC Ireland | | None | | | Sold (part) | 02/07/13 | J | A | |
| 1141. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1142. | | | | | Sold | 04/05/13 | J | A | |
| 1143. Port Formula IRA #1-Federated Prime Management | | None | | | Sold | 01/04/13 | K | A | |
| 1144. | | | | | Buy | 04/05/13 | J | | |
| 1145. | | | | | Sold (part) | 05/03/13 | J | A | |
| 1146. | | | | | Sold | 06/05/13 | J | A | |
| 1147. Port Formula IRA #1-Aflac inc | A | Dividend | | | Sold | 02/07/13 | J | A | |
| 1148. Port Formula IRA #1-Apollo Coml Real Estate | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 1149. | | | | | Buy | 02/07/13 | J | | |
| 1150. | | | | | Sold | 03/07/13 | J | A | |
| 1151. Port Formula IRA #1-Applied Industrial Technologies | | None | | | Sold | 01/08/13 | J | A | |
| 1152. Port Formula IRA #1-Aspen Insurance Holdings Ltd. | | None | | | Buy | 03/07/13 | J | | |
| 1153. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1154. | | | | | Sold | 05/07/13 | J | A | |
| 1155. Port Formula IRA #1-Cnooc Limited | | None | | | Sold | 03/07/13 | J | A | |
| 1156. Port Formula IRA #1-Caci inc | | None | | | Sold (part) | 01/08/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1158. | | | | | Sold | 03/07/13 | J | A | |
| 1159. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1160. | | | | | Sold | 06/07/13 | J | A | |
| 1161. Port Formula IRA #1-Cameco Corp | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 1162. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1163. | | | | | Sold | 03/07/13 | J | A | |
| 1164. Port Formula IRA #1-Capital Source Inc | | None | | | Sold | 01/08/13 | J | A | |
| 1165. Port Formula IRA #1-Cash America International Inc. | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1166. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1167. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1168. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1169. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1170. | | | | | Sold | 06/07/13 | J | A | |
| 1171. Port Formula IRA #1-Changyou.com Limited | | None | | | Buy | 02/07/13 | J | | |
| 1172. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1173. | | | | | Sold | 04/05/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. Port Formula IRA #1-Chicago Bridge & Iron | | None | | | | Sold | 01/08/13 | J | A | |
| 1175. Port Formula IRA #1-Cisco Systems | | None | | | | Sold (part) | 01/08/13 | J | A | |
| 1176. | | | | | | Sold (part) | 02/07/13 | J | A | |
| 1177. | | | | | | Sold (part) | 03/05/13 | J | A | |
| 1178. | | | | | | Sold | 04/05/13 | J | A | |
| 1179. | | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1180. | | | | | | Sold | 06/07/13 | J | A | |
| 1181. Port Formula IRA #1-Corning | | None | | | | Sold (part) | 01/08/13 | J | A | |
| 1182. | | | | | | Sold | 02/07/13 | J | A | |
| 1183. Port Formula IRA #1-CNO Finl Group Inc | A | Dividend | | | | Buy | 03/07/13 | J | | |
| 1184. | | | | | | Sold | 04/05/13 | J | A | |
| 1185. Port Formula IRA #1-Cubic Corporation | | None | | | | Buy | 05/07/13 | J | | |
| 1186. | | | | | | Sold | 06/07/13 | J | A | |
| 1187. Port Formula IRA #1-Cummins inc | | None | | | | Sold (part) | 01/08/13 | J | A | |
| 1188. | | | | | | Sold | 02/07/13 | J | A | |
| 1189. Port Formula IRA #1-Curtiss Wright Corporation | | None | | | | Sold (part) | 01/08/13 | J | A | |
| 1190. | | | | | | Sold (part) | 02/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. | | | | | Sold | 03/07/13 | J | A | |
| 1192. Port Formula IRA #1-DFC Global Corp | | None | | | Sold | 01/08/13 | J | A | |
| 1193. Port Formula IRA #1-Diamond Offshore Drill | A | Dividend | | | Buy (add'l) | 01/08/13 | J | | |
| 1194. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1195. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1196. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1197. | | | | | Sold | 06/07/13 | J | A | |
| 1198. Port Formula IRA #1-Directv | | None | | | Sold (part) | 01/08/13 | J | A | |
| 1199. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1200. | | | | | Sold | 03/07/13 | J | A | |
| 1201. Port Formula IRA #1-East West Bancorp | | None | | | Sold | 01/08/13 | J | A | |
| 1202. Port Forumla IRA #1-Everest Reinsurance Group | | None | | | Buy | 03/07/13 | J | | |
| 1203. | | | | | Sold | 05/07/13 | J | A | |
| 1204. Port Formula IRA #1-Fidelity National Title Group | | None | | | Sold | 01/08/13 | J | A | |
| 1205. | | | | | Buy | 02/07/13 | J | | |
| 1206. | | | | | Sold | 03/07/13 | J | A | |
| 1207. Port Formula IRA #1-First American Finl Corp | | None | | | Sold (part) | 01/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. | | | | | Sold | 02/07/13 | J | A | |
| 1209. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1210. | | | | | Sold | 06/07/13 | J | A | |
| 1211. Port Formula IRA #1-Focus Media Holding Limited | | None | | | Sold (part) | 01/08/13 | J | A | |
| 1212. | | | | | Sold | 02/07/13 | J | A | |
| 1213. Port Formula IRA #1-Genesco Inc | | None | | | Sold | 01/08/13 | J | A | |
| 1214. Port Formula IRA #1-Halliburton Co | | None | | | Sold (part) | 01/08/13 | J | A | |
| 1215. | | | | | Sold | 02/07/13 | J | A | |
| 1216. Port Formula IRA #1-Helmerich & Payne | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 1217. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1218. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1219. | | | | | Buy | 04/05/13 | J | | |
| 1220. | | | | | Sold | 06/07/13 | J | A | |
| 1221. Port Formula IRA #1-Hollyfrontier corp | A | Dividend | | | Sold (part) | 02/07/13 | J | A | |
| 1222. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1223. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1224. | | | | | Buy (add'l) | 04/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1226. | | | | | Sold | 06/07/13 | J | A | |
| 1227. Port Formula IRA #1-Illinois Took Wks Inc | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1228. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1229. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1230. | | | | | Sold | 06/07/13 | J | A | |
| 1231. Port Formula IRA #1-Ingredion Inc | | None | | | Buy (add'l) | 02/07/13 | J | | |
| 1232. | | | | | Sold | 03/07/13 | J | A | |
| 1233. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1234. | | | | | Sold | 05/07/13 | J | A | |
| 1235. Port Formula IRA #1-Intercontinental Hotels Group | | None | | | Sold | 01/08/13 | J | A | |
| 1236. Port Formula IRA #1-J2 Global Inc | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 1237. | | | | | Buy | 01/08/13 | J | | |
| 1238. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1239. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1240. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1241. | | | | | Sold (part) | 04/05/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1243. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1244. | | | | | Sold | 06/07/13 | J | A | |
| 1245. Port Formula IRA #1-Krispy Kreme Doughnuts | None | | | | Sold | 01/08/13 | J | A | |
| 1246. | | | | | Buy | 02/07/13 | J | | |
| 1247. | | | | | Sold | 03/07/13 | J | A | |
| 1248. Port Formula IRA #1-Kulicke & Soffa Industries | None | | | | Sold (part) | 01/08/13 | J | A | |
| 1249. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1250. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1251. | | | | | Sold | 04/05/13 | J | A | |
| 1252. Port Formula IRA #1-Leapfrog Enterprises Inc | None | | | | Sold | 01/08/13 | J | A | |
| 1253. | | | | | Buy | 02/07/13 | J | | |
| 1254. | | | | | Sold | 03/07/13 | J | A | |
| 1255. Port Formula IRA #1-Lindsay Manufacturing Co. | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1256. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1257. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1258. | | | | | Sold | 05/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1259. Port Formula IRA #1-Mens Warehouse | | None | | | Buy (add'l) | 01/08/13 | J | | |
| 1260. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1261. | | | | | Sold | 03/07/13 | J | A | |
| 1262. Port Formula IRA #1-Oshkosk Truck Corp | | None | | | Sold | 01/08/13 | J | A | |
| 1263. Port Formula IRA #1-Pennymac Mortgage Trust | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 1264. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1265. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1266. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1267. | | | | | Sold | 06/07/13 | J | A | |
| 1268. Port Formula IRA #1-Prosperity Bancshares | | None | | | Sold | 01/08/13 | J | A | |
| 1269. Port Formula IRA #1-Regal-Beloit Corp | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 1270. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1271. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1272. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1273. | | | | | Sold | 06/07/13 | J | A | |
| 1274. Port Formula IRA #1-Rent-A-Center Inc. | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1275. | | | | | Sold (part) | 03/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1276. | | | | | Sold | 04/05/13 | J | A | |
| 1277. Port Formula IRA #1-Reinsurance Group Amer | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 1278. | | | | | Buy | 03/07/13 | J | | |
| 1279. | | | | | Sold | 04/05/13 | J | A | |
| 1280. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1281. | | | | | Sold | 06/07/13 | J | A | |
| 1282. Port Formula IRA #1-Reliance Steel & Aluminum | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 1283. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1284. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1285. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1286. | | | | | Sold | 06/07/13 | J | A | |
| 1287. Port Formula IRA #1-Republic Airways Holdings | | None | | | Buy | 05/07/13 | J | | |
| 1288. | | | | | Sold | 06/07/13 | J | A | |
| 1289. Port Formula IRA #1-RPC Inc. | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1290. | | | | | Sold | 03/07/13 | J | A | |
| 1291. Port Formula IRA #1-Schweitzer-Mauduit International | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 1292. | | | | | Buy (add'l) | 03/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1293. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1294. | | | | | Sold | 05/07/13 | J | A | |
| 1295. Port Formula IRA #1-Sensient Technologies Corp | A | Dividend | | | Buy (add'l) | 01/08/13 | J | | |
| 1296. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1297. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1298. | | | | | Sold | 04/05/13 | J | A | |
| 1299. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1300. | | | | | Sold | 06/07/13 | J | A | |
| 1301. Port Formula IRA #1-Spirit Airls Inc | | None | | | Sold (part) | 01/08/13 | J | A | |
| 1302. | | | | | Sold | 02/07/13 | J | A | |
| 1303. Port Formula IRA #1-Stryker Corp | A | Dividend | | | Sold | 02/07/13 | J | A | |
| 1304. Port Formula IRA #1-Suncor Energy | | None | | | Sold | 02/07/13 | J | A | |
| 1305. Port Formula IRA #1-Tenaris S.A. American | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 1306. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1307. | | | | | Sold | 03/07/13 | J | A | |
| 1308. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1309. | | | | | Sold (part) | 05/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1310. | | | | | Sold | 06/07/13 | J | A | |
| 1311. Port Formula IRA #1-Tenneco Automotive | | None | | | Sold (part) | 01/08/13 | J | A | |
| 1312. | | | | | Sold | 03/07/13 | J | A | |
| 1313. Port Formula IRA #1-Turkcell Iletisim | | None | | | Buy | 03/07/13 | J | | |
| 1314. | | | | | Sold | 04/05/13 | J | A | |
| 1315. Port Formula IRA #1-US Bancorp Del Com New | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 1316. Port Formula IRA #1-USANA Health Sciences | | None | | | Buy (add'l) | 01/08/13 | J | | |
| 1317. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1318. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1319. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1320. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1321. | | | | | Sold | 06/07/13 | J | A | |
| 1322. Port Formula IRA #1-Unifirst Corp. | | None | | | Buy | 02/07/13 | J | | |
| 1323. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1324. | | | | | Sold | 06/07/13 | J | A | |
| 1325. Port Formula IRA #1-Unitedhealth Group | A | Dividend | | | Buy (add'l) | 01/08/13 | J | | |
| 1326. | | | | | Buy (add'l) | 02/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1327. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1328. | | | | | Sold | 05/07/13 | J | A | |
| 1329. Port Formula IRA #1-Valmont Industries | A | Dividend | | | Sold | 02/07/13 | J | A | |
| 1330. Port Formula IRA #1-Garmin Ltd Shs | | None | | | Sold (part) | 01/08/13 | J | A | |
| 1331. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1332. | | | | | Sold | 03/07/13 | J | A | |
| 1333. Port Formula IRA #1-COPA Holdings | | None | | | Buy (add'l) | 01/08/13 | J | | |
| 1334. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1335. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1336. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1337. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1338. | | | | | Sold | 06/07/13 | J | A | |
| 1339. Port Formula IRA #1-Cash Account | A | Interest | | | Distributed | 07/02/13 | N | | |
| 1340. Port Formula IRA #2- Alon USA Energy | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1341. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1342. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1343. | | | | | Buy (add'l) | 04/05/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1344. | | | | | Sold | 05/07/13 | J | A | |
| 1345. Port Formula IRA #2- Altisource Residential Corp | None | | | | Sold | 01/08/13 | J | A | |
| 1346. Port Formula IRA #2- Altisource Asset Mgmt | None | | | | Sold | 01/08/13 | J | A | |
| 1347. Port Formula IRA #2- Arctic Cat inc | None | | | | Buy | 01/08/13 | J | | |
| 1348. | | | | | Sold | 02/07/13 | J | A | |
| 1349. Port Formula IRA #2-Beacon Roofing Supply Inc. | None | | | | Buy | 01/08/13 | J | | |
| 1350. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1351. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1352. | | | | | Sold | 04/05/13 | J | A | |
| 1353. Port Formula IRA #2-Beazer Homes USA | None | | | | Buy | 01/08/13 | J | | |
| 1354. | | | | | Sold | 02/07/13 | J | A | |
| 1355. Port Formula IRA #2-Bio-Reference Laboratories inc. | None | | | | Sold | 01/08/13 | J | A | |
| 1356. Port Formula IRA #2-Brown Shoe Company | None | | | | Sold | 01/08/13 | J | A | |
| 1357. Port Formula IRA #2-Chemtura Corp | None | | | | Sold | 01/08/13 | J | A | |
| 1358. Port Formula IRA #2-Computer Sciences | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 1359. Port Formula IRA #2-Conn's inc. | None | | | | Buy | 01/08/13 | J | | |
| 1360. | | | | | Buy (add'l) | 02/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1361. | | | | | Sold | 03/07/13 | J | A | |
| 1362. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1363. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1364. | | | | | Sold | 06/07/13 | J | A | |
| 1365. Port Formula IRA #2-Cooper Tire and Rubber | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1366. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1367. | | | | | Sold | 03/07/13 | J | A | |
| 1368. Port Formula IRA #2-Delek US Hldgs | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 1369. | | | | | Buy | 05/07/13 | J | | |
| 1370. | | | | | Sold | 06/07/13 | J | A | |
| 1371. Port Formula IRA #2-Ellie Mae inc. | | None | | | Sold | 01/08/13 | J | A | |
| 1372. Port Formula IRA #2-Exterran Holdings | | None | | | Buy | 01/08/13 | J | | |
| 1373. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1374. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1375. | | | | | Buy | 04/05/13 | J | | |
| 1376. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1377. | | | | | Sold | 06/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1378. Port Formula IRA #2-Fidelity National Title Group | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 1379. Port Formula IRA #2-Generac Hldgs inc | | None | | | Sold | 01/08/13 | J | A | |
| 1380. Port Formula IRA #2-Green Mountain Coffee | | None | | | Sold | 01/08/13 | J | A | |
| 1381. Port Formula IRA #2-Headwaters Incorporated | | None | | | Buy | 01/08/13 | J | | |
| 1382. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1383. | | | | | Sold | 03/07/13 | J | A | |
| 1384. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1385. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1386. | | | | | Sold | 06/07/13 | J | A | |
| 1387. Port Formula IRA #2-Hot Topic | | None | | | Buy | 01/08/13 | J | | |
| 1388. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1389. | | | | | Sold | 03/07/13 | J | A | |
| 1390. Port Formula IRA #2-Hovnanian Enterprises inc. | | None | | | Buy | 01/08/13 | J | | |
| 1391. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1392. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1393. | | | | | Sold | 04/05/13 | J | A | |
| 1394. Port Formula IRA #2-Kayak Software Corp | | None | | | Sold | 01/08/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1395. Port Formula IRA #2-KB Homes Com | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1396. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1397. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1398. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1399. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1400. | | | | | Sold | 06/07/13 | J | A | |
| 1401. Port Formula IRA #2-Leapfrog Enterprises Inc. | | None | | | Sold | 01/08/13 | J | A | |
| 1402. | | | | | Buy | 02/07/13 | J | | |
| 1403. | | | | | Sold | 03/07/13 | J | A | |
| 1404. Port Formula IRA #2-MDC Holdings | | None | | | Sold | 01/08/13 | J | A | |
| 1405. Port Formula IRA #2-M/I Schottenstein Homes | | None | | | Buy | 01/08/13 | J | | |
| 1406. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1407. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1408. | | | | | Sold | 04/05/13 | J | A | |
| 1409. Port Formula IRA #2-MWI Veterinary Supply | | None | | | Sold | 01/08/13 | J | A | |
| 1410. Port Formula IRA #2-Marriott Vacations Worldwide | | None | | | Buy | 01/08/13 | J | | |
| 1411. | | | | | Sold | 03/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1412. Port Formula IRA #2-Metropolitan Health Network | | None | | | Sold | 01/23/13 | J | A | |
| 1413. Port Formula IRA #2-Nacco Industries Inc. | | None | | | Sold | 01/08/13 | J | A | |
| 1414. Port Formula IRA #2-Nam Tai Electronics | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1415. | | | | | Sold | 02/07/13 | J | A | |
| 1416. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1417. | | | | | Sold | 06/07/13 | J | A | |
| 1418. Port Formula IRA #2-Officemax Incorporated | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1419. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1420. | | | | | Sold | 03/07/13 | J | A | |
| 1421. Port Formula IRA #2-On Assignment | | None | | | Buy | 01/08/13 | J | | |
| 1422. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1423. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1424. | | | | | Sold | 04/05/13 | J | A | |
| 1425. Port Formula IRA #2-Pilgrims Pride Corp | | None | | | Sold | 01/08/13 | J | A | |
| 1426. Port Formula IRA #2-Ryland Group inc. | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1427. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1428. | | | | | Sold (part) | 03/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1429. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1430. | | | | | Sold | 05/07/13 | J | A | |
| 1431. Port Formula IRA #2-Sanderson Farms | | None | | | Sold | 01/08/13 | J | A | |
| 1432. Port Formula IRA #2-Stage Stores inc. | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1433. | | | | | Sold | 02/07/13 | J | A | |
| 1434. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1435. | | | | | Sold | 06/07/13 | J | A | |
| 1436. Port Formula IRA #2-Stewart Information Services | | None | | | Buy | 01/08/13 | J | | |
| 1437. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1438. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1439. | | | | | Sold | 04/05/13 | J | A | |
| 1440. Port Formula IRA #2-Sunrise Asstd Living | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1441. | | | | | Sold | 01/10/13 | J | A | |
| 1442. Port Formula IRA #2-Thor Industries | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 1443. | | | | | Buy | 04/05/13 | J | | |
| 1444. | | | | | Sold | 06/07/13 | J | A | |
| 1445. Port Formula IRA #2-Tumi Hldgs | | None | | | Sold | 01/08/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1446. Port Formula IRA #2-Vitamin Shoppe | None | | | | Buy | 01/08/13 | J | | |
| 1447. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1448. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1449. | | | | | Sold | 04/05/13 | J | A | |
| 1450. Port Formula IRA #2-Michael Kors Hldgs | None | | | | Sold | 01/08/13 | J | A | |
| 1451. | | | | | Buy | 03/07/13 | J | | |
| 1452. | | | | | Sold | 04/05/13 | J | A | |
| 1453. Port Formula IRA #2-Altisource Portfolio Solutions | None | | | | Sold | 01/08/13 | J | A | |
| 1454. Port Formula IRA #2-Allegiant Travel Company | None | | | | Buy | 01/08/13 | J | | |
| 1455. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1456. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1457. | | | | | Sold | 04/05/13 | J | A | |
| 1458. Port Formula IRA #2-Bed Bath & Beyond | None | | | | Buy | 01/08/13 | J | | |
| 1459. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1460. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1461. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1462. | | | | | Sold (part) | 05/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1463. | | | | | Sold | 06/07/13 | J | A | |
| 1464. Port Formula IRA #2-Comcast Corp | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 1465. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1466. | | | | | Buy | 03/07/13 | J | | |
| 1467. | | | | | Sold | 04/05/13 | J | A | |
| 1468. Port Formula IRA #2-Dollar Tree Inc. | | None | | | Buy | 01/08/13 | J | | |
| 1469. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1470. | | | | | Sold | 03/07/13 | J | A | |
| 1471. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1472. | | | | | Sold | 06/07/13 | J | A | |
| 1473. Port Formula IRA #2-F5 Networks | | None | | | Sold (part) | 01/08/13 | J | A | |
| 1474. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1475. | | | | | Buy | 03/07/13 | J | | |
| 1476. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1477. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1478. | | | | | Sold | 06/07/13 | J | A | |
| 1479. Port Formula IRA #2-Genuine Parts Co | A | Dividend | | | Sold (part) | 02/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1480. | | | | | Buy | 03/07/13 | J | | |
| 1481. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1482. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1483. | | | | | Sold | 06/07/13 | J | A | |
| 1484. Port Formula IRA #2-Hibbett Sports inc. | | None | | | Buy | 01/08/13 | J | | |
| 1485. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1486. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1487. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1488. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1489. | | | | | Sold | 06/07/13 | J | A | |
| 1490. Port Formula IRA #2-Intutive Surgical inc. | | None | | | Buy | 01/08/13 | J | | |
| 1491. | | | | | Sold | 02/07/13 | J | A | |
| 1492. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1493. | | | | | Sold | 06/07/13 | J | A | |
| 1494. Port Formula IRA #2-Netease.com | | None | | | Buy | 01/08/13 | J | | |
| 1495. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1496. | | | | | Sold (part) | 03/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1497. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1498. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1499. | | | | | Sold | 06/07/13 | J | A | |
| 1500. Port Formula IRA #2-Newmarket Corporation | A | Dividend | | | Sold | 02/07/13 | J | A | |
| 1501. | | | | | Buy | 02/07/13 | J | | |
| 1502. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1503. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1504. | | | | | Sold | 05/07/13 | J | A | |
| 1505. Port Formula IRA #2-Panera Bread | | None | | | Sold (part) | 02/07/13 | J | A | |
| 1506. | | | | | Buy | 03/07/13 | J | | |
| 1507. | | | | | Sold | 04/05/13 | J | A | |
| 1508. Port Formula IRA #2-Portfolio Recovery Associates | | None | | | Sold (part) | 01/08/13 | J | A | |
| 1509. | | | | | Sold | 02/07/13 | J | A | |
| 1510. Port Formula IRA #2-Triumph Group Inc. | A | Dividend | | | Sold (part) | 02/07/13 | J | A | |
| 1511. | | | | | Sold | 03/07/13 | J | A | |
| 1512. Port Formula IRA #2-Accenture PLC Ireland | | None | | | Buy | 01/08/13 | J | | |
| 1513. | | | | | Sold (part) | 02/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1514. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1515. | | | | | Sold | 04/05/13 | J | A | |
| 1516. Port Formula IRA #2-Federated Prime Mgmt | A | Dividend | | | Sold | 01/04/13 | J | A | |
| 1517. | | | | | Buy | 04/05/13 | J | | |
| 1518. | | | | | Sold (part) | 05/03/13 | J | A | |
| 1519. | | | | | Sold (part) | 06/05/13 | J | A | |
| 1520. | | | | | Sold | 07/05/13 | J | A | |
| 1521. Port Formula IRA #2- Cash Account | A | Interest | | | Distributed | 07/02/13 | M | A | |
| 1522. Port Formula IRA #2-Aflac Inc | | None | | | Buy | 01/08/13 | J | | |
| 1523. | | | | | Sold | 02/07/13 | J | A | |
| 1524. Port Formula IRA #2-Apollo Coml Real Estate | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 1525. | | | | | Buy | 02/07/13 | J | | |
| 1526. | | | | | Sold | 03/07/13 | J | A | |
| 1527. Port Formula IRA #2-Applied Industrial Technologies | | None | | | Sold | 01/08/13 | J | A | |
| 1528. Port Formula IRA #2-Cnooc Limited | | None | | | Buy | 02/07/13 | J | | |
| 1529. | | | | | Sold | 03/07/13 | J | A | |
| 1530. Port Formula IRA #2-Caci inc | | None | | | Sold (part) | 01/08/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1531. | | | | | Buy | 02/07/13 | J | | |
| 1532. | | | | | Sold | 03/07/13 | J | A | |
| 1533. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1534. | | | | | Sold | 06/07/13 | J | A | |
| 1535. Port Formula IRA #2-Cameco Corporation | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 1536. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1537. | | | | | Sold | 03/07/13 | J | A | |
| 1538. Port Formula IRA #2-Capital Source Inc | | None | | | Sold | 01/08/13 | J | A | |
| 1539. Port Formula IRA #2-Chicago Bridge & Iron Company | | None | | | Sold | 01/08/13 | J | A | |
| 1540. Port Formula IRA #2-Cisco Systems | A | Dividend | | | Sold (part) | 03/07/13 | J | A | |
| 1541. | | | | | Sold | 04/05/13 | J | A | |
| 1542. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1543. | | | | | Sold | 06/07/13 | J | A | |
| 1544. Port Formula IRA #2-Corning | | None | | | Sold | 02/07/13 | J | A | |
| 1545. Port Formula IRA #2-Cummins Inc. | | None | | | Sold (part) | 01/08/13 | J | A | |
| 1546. | | | | | Sold | 02/07/13 | J | A | |
| 1547. Port Formula IRA #2-Curtiss Wright Corporation | | None | | | Sold (part) | 01/08/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1548. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1549. | | | | | Sold | 03/07/13 | J | A | |
| 1550. 3Port Formula IRA #2-DFC Global Corp | | None | | | Sold | 01/08/13 | J | A | |
| 1551. Port Formula IRA #2-Diamond Offshore Drill | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1552. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1553. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1554. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1555. | | | | | Sold | 06/07/13 | J | A | |
| 1556. Port Formula IRA #2-Directv | | None | | | Buy | 02/07/13 | J | | |
| 1557. | | | | | Sold | 03/07/13 | J | A | |
| 1558. Port Formula IRA #2-East West Bancorp | | None | | | Sold | 01/08/13 | J | A | |
| 1559. Port Formula IRA #2-Fidelity National Title Group | | None | | | Sold | 01/08/13 | J | A | |
| 1560. | | | | | Buy | 02/07/13 | J | | |
| 1561. | | | | | Sold | 03/07/13 | J | A | |
| 1562. Port Formula IRA #2-First American Finl Corp | | None | | | Sold | 02/07/13 | J | A | |
| 1563. | | | | | Buy | 05/07/13 | J | | |
| 1564. | | | | | Sold | 06/07/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1565. Port Formula IRA #2-Focus Media Holding Limited | | None | | | Sold (part) | 01/08/13 | J | A | |
| 1566. | | | | | Sold | 02/07/13 | J | A | |
| 1567. Port Formula IRA #2-Genesco inc | | None | | | Sold | 01/08/13 | J | A | |
| 1568. Port Formula IRA #2-Halliburton | | None | | | Sold (part) | 01/08/13 | J | A | |
| 1569. | | | | | Sold | 02/07/13 | J | A | |
| 1570. Port Formula IRA #2-Helmerich & Payne | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 1571. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1572. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1573. | | | | | Buy | 04/05/13 | J | | |
| 1574. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1575. | | | | | Sold | 06/07/13 | J | A | |
| 1576. Port Formula IRA #2-Hollyfrontier Corp | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1577. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1578. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1579. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1580. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1581. | | | | | Buy (add'l) | 05/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1582. | | | | | Sold | 06/07/13 | J | A | |
| 1583. Port Formula IRA #2-Ingredion inc. | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1584. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1585. | | | | | Sold | 03/07/13 | J | A | |
| 1586. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1587. | | | | | Sold | 05/07/13 | J | A | |
| 1588. Port Formula IRA #2-Intercontinental Hotels Group | | None | | | Sold | 01/08/13 | J | A | |
| 1589. Port Formula IRA #2-J2 Global | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 1590. | | | | | Buy | 01/08/13 | J | | |
| 1591. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1592. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1593. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1594. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1595. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1596. | | | | | Sold | 06/07/13 | J | A | |
| 1597. Port Formula IRA #2-Krispy Kreme Doughnuts | | None | | | Sold | 01/08/13 | J | A | |
| 1598. | | | | | Buy | 02/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1599. | | | | | Sold | 03/07/13 | J | A | |
| 1600. Port Formula IRA #2-Kulicke & Soffa | | None | | | Sold (part) | 01/08/13 | J | A | |
| 1601. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1602. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1603. | | | | | Sold | 04/05/13 | J | A | |
| 1604. Port Formula IRA #2-Mens Warehouse | | None | | | Buy | 01/08/13 | J | | |
| 1605. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1606. | | | | | Sold | 03/07/13 | J | A | |
| 1607. Port Formula IRA #2-Nu Skin Asia Pacific | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1608. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1609. | | | | | Sold | 03/07/13 | J | A | |
| 1610. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1611. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1612. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1613. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1614. | | | | | Sold | 06/07/13 | J | A | |
| 1615. Port Formula IRA #2-Oshkosk Truck Corp | | None | | | Sold | 01/08/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1616. Port Formula IRA #2-Pennymac Mortgage | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 1617. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1618. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1619. | | | | | Sold | 06/07/13 | J | A | |
| 1620. Port Formula IRA #2-Prosperity Bancshares | | None | | | Sold | 01/08/13 | J | A | |
| 1621. Port Formula IRA #2-Regal-Beloit Corporation | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 1622. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1623. | | | | | Buy | 05/07/13 | J | | |
| 1624. | | | | | Sold | 06/07/13 | J | A | |
| 1625. Port Formula IRA #2-Reinsurance Group Amer inc | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 1626. | | | | | Buy | 03/07/13 | J | | |
| 1627. | | | | | Sold | 04/05/13 | J | A | |
| 1628. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1629. | | | | | Sold | 06/07/13 | J | A | |
| 1630. Port Formula IRA #2-Reliance Steel & Aluminum | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 1631. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1632. | | | | | Buy | 05/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1633. | | | | | Sold | 06/07/13 | J | A | |
| 1634. Port Formula IRA #2-Schweitzer-Mauuit | A | Dividend | | | Sold | 05/07/13 | J | A | |
| 1635. Port Formula IRA #2-Sensient Technologies | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1636. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1637. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1638. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1639. | | | | | Sold | 06/07/13 | J | A | |
| 1640. Port Formula IRA #2-Spirit Airls inc | | None | | | Sold (part) | 01/08/13 | J | A | |
| 1641. | | | | | Sold | 02/07/13 | J | A | |
| 1642. Port Formula IRA #2-Stryker Corp | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1643. | | | | | Sold | 02/07/13 | J | A | |
| 1644. Port Formula IRA #2-Suncor Energy | | None | | | Sold | 02/07/13 | J | A | |
| 1645. Port Formula IRA #2-Tenaris S.A. | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1646. | | | | | Sold | 03/07/13 | J | A | |
| 1647. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1648. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1649. | | | | | Sold | 06/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1650. Port Formula IRA #2-Tenneco Automotive | | None | | | Sold (part) | 01/08/13 | J | A | |
| 1651. | | | | | Buy | 02/07/13 | J | | |
| 1652. | | | | | Sold | 03/07/13 | J | A | |
| 1653. Port Formula IRA #2-US Bancorp | A | Dividend | | | Sold | 01/08/13 | J | A | |
| 1654. Port Formula IRA #2-USANA Health Sciences | | None | | | Buy | 01/08/13 | J | | |
| 1655. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1656. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1657. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1658. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1659. | | | | | Sold | 06/07/13 | J | A | |
| 1660. Port Formula IRA #2-Unitedhealth Group | A | Dividend | | | Buy (add'l) | 03/07/13 | J | | |
| 1661. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1662. | | | | | Sold | 05/07/13 | J | A | |
| 1663. Port Formula IRA #2-Valmont Industries | A | Dividend | | | Sold | 02/07/13 | J | A | |
| 1664. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1665. | | | | | Sold | 04/05/13 | J | A | |
| 1666. Port Formula IRA #2-Garmin Ltd. | A | Dividend | | | Buy | 02/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1667. | | | | | Sold | 03/07/13 | J | A | |
| 1668. Port Formula IRA #2-Copa holdings | | None | | | Buy | 01/08/13 | J | | |
| 1669. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1670. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1671. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1672. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1673. | | | | | Sold | 06/07/13 | J | A | |
| 1674. Port Formula IRA #2-Redwood Trust Inc | | None | | | Buy | 01/08/13 | J | | |
| 1675. | | | | | Sold | 02/07/13 | J | A | |
| 1676. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1677. | | | | | Sold | 05/07/13 | J | A | |
| 1678. Port Formula IRA #2-Radian Group | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1679. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1680. | | | | | Sold | 03/07/13 | J | A | |
| 1681. Port Formula IRA #2-Steelcase Inc. | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1682. | | | | | Sold | 02/07/13 | J | A | |
| 1683. | | | | | Buy (add'l) | 03/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1684. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1685. | | | | | Sold | 05/07/13 | J | A | |
| 1686. Port Formula IRA #2-Intel Corp | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1687. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1688. | | | | | Sold | 03/07/13 | J | A | |
| 1689. Port Formula IRA #2-Lithia Motors Inc. | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1690. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1691. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1692. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1693. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1694. | | | | | Sold | 06/07/13 | J | A | |
| 1695. Port Formula IRA #2-Oracle Corp | | None | | | Buy | 01/08/13 | J | | |
| 1696. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1697. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1698. | | | | | Sold | 04/05/13 | J | A | |
| 1699. Port Formula IRA #2-Fifth St Fin Corp | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1700. | | | | | Buy (add'l) | 02/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1701. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1702. | | | | | Sold | 05/07/13 | J | A | |
| 1703. Port Formula IRA #2-Precision Drilling | | None | | | Buy | 01/08/13 | J | | |
| 1704. | | | | | Sold | 02/07/13 | J | A | |
| 1705. Port Formula IRA #2-Baker Hughes Inc. | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1706. | | | | | Sold | 02/07/13 | J | A | |
| 1707. Port Formula IRA #2-Adtran Inc. | | None | | | Buy | 01/08/13 | J | | |
| 1708. | | | | | Sold | 02/07/13 | J | A | |
| 1709. Port Formula IRA #2-Standard Pacific Corp | | None | | | Buy | 01/08/13 | J | | |
| 1710. | | | | | Sold | 02/07/13 | J | A | |
| 1711. Port Formula IRA #2-8x8 Inc | | None | | | Buy | 01/08/13 | J | | |
| 1712. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1713. | | | | | Sold | 04/05/13 | J | A | |
| 1714. Port Formula IRA #2-Spartech Corporation | | None | | | Buy | 01/08/13 | J | | |
| 1715. | | | | | Sold | 02/07/13 | J | A | |
| 1716. Port Formula IRA #2-Herbalife Ltd. | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1717. | | | | | Sold (part) | 02/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1718. | | | | | Sold | 03/07/13 | J | A | |
| 1719. Port Formula IRA #2-Smithfield Foods Inc. | | None | | | Buy | 01/08/13 | J | | |
| 1720. | | | | | Sold | 02/07/13 | J | A | |
| 1721. Port Formula IRA #2-Foot Locker Inc. | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1722. | | | | | Sold | 02/07/13 | J | A | |
| 1723. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1724. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1725. | | | | | Sold | 06/07/13 | J | A | |
| 1726. Port Formula IRA #2-Louisiana-Pacific | | None | | | Buy | 01/08/13 | J | | |
| 1727. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1728. | | | | | Sold | 03/07/13 | J | A | |
| 1729. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1730. | | | | | Sold | 06/07/13 | J | A | |
| 1731. Port Formula IRA #2-Papa John's International | | None | | | Buy | 01/08/13 | J | | |
| 1732. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1733. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1734. | | | | | Sold | 04/05/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 106 of 133

**Name of Person Reporting**

Foote, Elizabeth E.

**Date of Report**

05/14/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1735. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1736. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1737. | | | | | Sold | 06/07/13 | J | A | |
| 1738. Port Formula IRA #2-Questcor Pharmaceuticals | None | | | | Buy | 01/08/13 | J | | |
| 1739. | | | | | Sold | 03/07/13 | J | A | |
| 1740. Port Formula IRA #2-Smith & Wesson Holding Corp | None | | | | Buy | 01/08/13 | J | | |
| 1741. | | | | | Sold | 02/07/13 | J | A | |
| 1742. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1743. | | | | | Sold | 05/07/13 | J | A | |
| 1744. Port Formula IRA #2-Sterlite Industries | None | | | | Buy | 01/08/13 | J | | |
| 1745. | | | | | Sold | 02/07/13 | J | A | |
| 1746. Port Formula IRA #2-American Greetings Corp | None | | | | Buy | 01/08/13 | J | | |
| 1747. | | | | | Sold | 02/07/13 | J | A | |
| 1748. Port Formula IRA #2-Air Methods Corporation | None | | | | Buy | 01/08/13 | J | | |
| 1749. | | | | | Sold | 02/07/13 | J | A | |
| 1750. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1751. | | | | | Sold | 05/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1752. Port Formula IRA #2-Terradyne Inc. | None | | | | Buy | 01/08/13 | J | | |
| 1753. | | | | | Sold | 02/07/13 | J | A | |
| 1754. Port Formula IRA #2-Sasol Limited Adss. | None | | | | Buy | 01/08/13 | J | | |
| 1755. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1756. | | | | | Sold | 03/07/13 | J | A | |
| 1757. Port Formula IRA #2-Syntel Inc. | None | | | | Buy | 01/08/13 | J | | |
| 1758. | | | | | Sold | 02/07/13 | J | A | |
| 1759. | | | | | Buy (add'l) | 02/07/13 | J | | |
| 1760. | | | | | Sold | 03/07/13 | J | A | |
| 1761. Port Formula IRA #2-Lancaster Colony Corporation | None | | | | Buy | 01/08/13 | J | | |
| 1762. | | | | | Sold | 02/07/13 | J | A | |
| 1763. Port Formula IRA #2-Cash America International Inc. | A | Dividend | | | Buy | 01/08/13 | J | | |
| 1764. | | | | | Sold (part) | 02/07/13 | J | A | |
| 1765. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1766. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1767. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1768. | | | | | Sold | 06/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1769. Port Formula IRA #2-Semgroup Corp | | None | | | Buy | 02/07/13 | J | | |
| 1770. | | | | | Sold | 03/07/13 | J | A | |
| 1771. Port Formula IRA #2-Express Inc | | None | | | Buy | 02/07/13 | J | | |
| 1772. | | | | | Sold | 03/07/13 | J | A | |
| 1773. Port Formula IRA #2-Netflix | | None | | | Buy | 02/07/13 | J | | |
| 1774. | | | | | Sold | 03/07/13 | J | A | |
| 1775. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1776. | | | | | Sold | 05/07/13 | J | A | |
| 1777. Port Formula IRA #2-Pricesmart, Inc. | | None | | | Buy | 02/07/13 | J | | |
| 1778. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1779. | | | | | Sold | 04/05/13 | J | A | |
| 1780. Port Formula IRA #2-Platinum Underwriters Hldgs | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1781. | | | | | Sold | 03/07/13 | J | A | |
| 1782. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1783. | | | | | Sold | 05/07/13 | J | A | |
| 1784. Port Formula IRA #2-American Capital Ltd. | | None | | | Buy | 02/07/13 | J | | |
| 1785. | | | | | Sold (part) | 03/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1786. | | | | | Sold | 04/05/13 | J | A | |
| 1787. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1788. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1789. | | | | | Sold | 06/07/13 | J | A | |
| 1790. Port Formula IRA #2-Travelers Cos Inc. | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1791. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1792. | | | | | Sold | 06/07/13 | J | A | |
| 1793. Port Formula IRA #2-Meritage Home Corp | | None | | | Buy | 02/07/13 | J | | |
| 1794. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1795. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1796. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1797. | | | | | Sold | 06/07/13 | J | A | |
| 1798. Port Formula IRA #2-Live Nation | | None | | | Buy | 02/07/13 | J | | |
| 1799. | | | | | Sold | 03/07/13 | J | A | |
| 1800. Port Formula IRA #2-Fifth & Pacs Cos Inc | | None | | | Buy | 02/07/13 | J | | |
| 1801. | | | | | Sold | 03/07/13 | J | A | |
| 1802. Port Formula IRA #2-First Cash Financial Services | | None | | | Buy | 02/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1803. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1804. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1805. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1806. | | | | | Sold | 05/07/13 | J | A | |
| 1807. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1808. | | | | | Sold | 06/07/13 | J | A | |
| 1809. Port Formula IRA #2-Washington Federal, Inc. | | None | | | Buy | 02/07/13 | J | | |
| 1810. | | | | | Sold | 04/05/13 | J | A | |
| 1811. Port Formula IRA #2-Changyou.com Limited | | None | | | Buy | 02/07/13 | J | | |
| 1812. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1813. | | | | | Sold | 04/05/13 | J | A | |
| 1814. Port Formula IRA #2-RPC Inc. | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1815. | | | | | Sold | 03/07/13 | J | A | |
| 1816. Port Formula IRA #2-Amphenol Inc. | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1817. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1818. | | | | | Sold | 05/07/13 | J | A | |
| 1819. Port Formula IRA #2-Apollo Group Inc. | | None | | | Buy | 02/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1820. | | | | | Sold | 03/07/13 | J | A | |
| 1821. Port Formula IRA #2-Rent-A-Center Inc | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1822. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1823. | | | | | Sold | 04/05/13 | J | A | |
| 1824. Port Formula IRA #2-Giant Interactive Group Inc. | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1825. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1826. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1827. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1828. | | | | | Sold | 06/07/13 | J | A | |
| 1829. Port Formula IRA #2-Illinois Tool Wks Inc | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1830. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1831. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1832. | | | | | Sold | 06/07/13 | J | A | |
| 1833. Port Formula IRA #2-Moog Inc. | | None | | | Buy | 02/07/13 | J | | |
| 1834. | | | | | Sold | 03/07/13 | J | A | |
| 1835. Port Formula IRA #2-Lindsay Manufacturing | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1836. | | | | | Sold | 03/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1837. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 1838. | | | | | Sold | 05/07/13 | J | A | |
| 1839. Port Formula IRA #2-Medifast Inc. | | None | | | Buy | 02/07/13 | J | | |
| 1840. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1841. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1842. | | | | | Sold | 05/07/13 | J | A | |
| 1843. Port Formula IRA #2-Textainer Group Holdings | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1844. | | | | | Sold | 03/07/13 | J | A | |
| 1845. Port Formula IRA #2-Unifirst Corp. | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1846. | | | | | Sold (part) | 03/07/13 | J | A | |
| 1847. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1848. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1849. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1850. | | | | | Sold | 06/07/13 | J | A | |
| 1851. Port Formula IRA #2-Marketaxess Holdings Inc. | A | Dividend | | | Buy | 02/07/13 | J | | |
| 1852. | | | | | Sold | 03/07/13 | J | A | |
| 1853. | | | | | Buy (add'l) | 04/05/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1854. | | | | | Sold | 05/07/13 | J | A | |
| 1855. Port Formula IRA #2-Helen of Troy Limited | None | | | | Buy | 02/03/13 | J | | |
| 1856. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1857. | | | | | Sold | 05/07/13 | J | A | |
| 1858. Port Formula IRA #2-Blucora Inc. | None | | | | Buy | 02/07/13 | J | | |
| 1859. | | | | | Sold | 03/07/13 | J | A | |
| 1860. Port Formula IRA #2-Starz Liberty Cap Com | None | | | | Buy | 02/07/13 | J | | |
| 1861. | | | | | Sold | 03/07/13 | J | A | |
| 1862. Port Formula IRA #2-Silicon Graphics International Corp | None | | | | Buy | 03/07/13 | J | | |
| 1863. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1864. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1865. | | | | | Sold | 06/07/13 | J | A | |
| 1866. Port Formula IRA #2-Swift Transn Co | None | | | | Buy | 03/07/13 | J | | |
| 1867. | | | | | Sold | 04/05/13 | J | A | |
| 1868. Port Formula IRA #2-NXP Semiconductors | None | | | | Buy | 03/07/13 | J | | |
| 1869. | | | | | Sold | 04/05/13 | J | A | |
| 1870. Port Formula IRA #2-Netspend Hldngs Inc | None | | | | Buy | 03/07/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1871. | | | | | Sold | 04/05/13 | J | A | |
| 1872. Port Formula IRA #2-Sunpower Corp | | None | | | Buy | 03/07/13 | J | | |
| 1873. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1874. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1875. | | | | | Sold | 06/07/13 | J | A | |
| 1876. Port Formula IRA #2-O Reilly Automotive Inc | | None | | | Buy | 03/07/13 | J | | |
| 1877. | | | | | Sold | 04/05/13 | J | A | |
| 1878. Port Formula IRA #2-XL Gorup PLC | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1879. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1880. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1881. | | | | | Sold | 06/07/13 | J | A | |
| 1882. Port Formula IRA #2-Home Ln Servicing Solutions | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1883. | | | | | Sold | 04/05/13 | J | A | |
| 1884. | | | | | Buy | 05/07/13 | J | | |
| 1885. | | | | | Sold | 06/07/13 | J | A | |
| 1886. Port Formula IRA #2-Axis Capital Holdings | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1887. | | | | | Sold (part) | 04/05/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1888. | | | | | Sold | 05/07/13 | J | A | |
| 1889. Port Formula IRA #2-American Financial Group Inc. | | None | | | Buy | 03/07/13 | J | | |
| 1890. | | | | | Sold | 04/05/13 | J | A | |
| 1891. Port Formula IRA #2-Comerica Inc. | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1892. | | | | | Sold | 04/05/13 | J | A | |
| 1893. Port Formula IRA #2-Medtronics Inc. | | None | | | Buy | 03/07/13 | J | | |
| 1894. | | | | | Sold | 04/05/13 | J | A | |
| 1895. Port Formula IRA #2-Everest Reinsurance Group | | None | | | Buy | 03/07/13 | J | | |
| 1896. | | | | | Sold | 05/07/13 | J | A | |
| 1897. Port Formula IRA #2-Turkcell Iletism Hizmetleri | | None | | | Buy | 03/07/13 | J | | |
| 1898. | | | | | Sold | 04/05/13 | J | A | |
| 1899. Port Formula IRA #2-Manpower Group | | None | | | Buy | 03/07/13 | J | | |
| 1900. | | | | | Sold | 04/05/13 | J | A | |
| 1901. Port Formula IRA #2-Piper Jaffray Cos Com | | None | | | Buy | 03/07/13 | J | | |
| 1902. | | | | | Sold | 04/05/13 | J | A | |
| 1903. Port Formula IRA #2-Aspen Insurance Holdings | | None | | | Buy | 03/07/13 | J | | |
| 1904. | | | | | Sold (part) | 04/05/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1905. | | | | | Sold | 05/07/13 | J | A | |
| 1906. Port Formula IRA #2-TAL International Group | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1907. | | | | | Sold | 04/05/13 | J | A | |
| 1908. Port Formula IRA #2-Popular Inc | | None | | | Buy | 03/07/13 | J | | |
| 1909. | | | | | Sold | 04/05/13 | J | A | |
| 1910. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1911. | | | | | Sold | 05/07/13 | J | A | |
| 1912. Port Formula IRA #2-Arris Group Inc. | | None | | | Buy | 03/07/13 | J | | |
| 1913. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1914. | | | | | Sold | 05/07/13 | J | A | |
| 1915. Port Formula IRA #2-Lin TV Corp | | None | | | Buy | 03/07/13 | J | | |
| 1916. | | | | | Sold | 04/05/13 | J | A | |
| 1917. Port Formula IRA #2-Sodastream International Ltd. | | None | | | Buy | 03/07/13 | J | | |
| 1918. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1919. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1920. | | | | | Sold | 06/07/13 | J | A | |
| 1921. Port Formula IRA #1-Apple Computer Inc. | A | Dividend | | | Buy | 03/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1922. | | | | | Sold | 06/07/13 | J | A | |
| 1923. Port Formula IRA #2-Abbott Labs | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1924. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1925. | | | | | Sold | 05/07/13 | J | A | |
| 1926. Port Formula IRA #2-Buckle Inc. (The) | | None | | | Buy | 03/07/13 | J | | |
| 1927. | | | | | Sold | 04/05/13 | J | A | |
| 1928. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1929. | | | | | Sold | 06/07/13 | J | A | |
| 1930. Port Formula IRA #2-Unumprovident Corporation | | None | | | Buy | 03/07/13 | J | | |
| 1931. | | | | | Sold | 04/05/13 | J | A | |
| 1932. Port Formula IRA #2-Murphy Oil Corp Holding Co | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1933. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1934. | | | | | Sold | 06/07/13 | J | A | |
| 1935. Port Formula IRA #2-Gardener Denver | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1936. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1937. | | | | | Sold | 05/07/13 | J | A | |
| 1938. Port Formula IRA #2-Forum Energy Technologies | | None | | | Buy | 03/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1939. | | | | | Sold | 04/05/13 | J | A | |
| 1940. Port Formula IRA #2-Cincinnati Financial Corporation | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1941. | | | | | Sold | 04/05/13 | J | A | |
| 1942. Port Formula IRA #2-Skechers U.S.A. Inc. | | None | | | Buy | 03/07/13 | J | | |
| 1943. | | | | | Sold | 04/05/13 | J | A | |
| 1944. Port Formula IRA #2-Advanced Energy Industries | | None | | | Buy | 03/07/13 | J | | |
| 1945. | | | | | Sold | 04/05/13 | J | A | |
| 1946. Port Formula IRA #2-Moodys Corp | | None | | | Buy | 03/07/13 | J | | |
| 1947. | | | | | Sold | 04/05/13 | J | A | |
| 1948. Port Formula IRA #2-Avery Dennison Corp. | | None | | | Buy | 03/07/13 | J | | |
| 1949. | | | | | Sold | 04/05/13 | J | A | |
| 1950. Port Formula IRA #2-Sunstone Hotel Investors, Inc. | | None | | | Buy | 03/07/13 | J | | |
| 1951. | | | | | Sold | 04/05/13 | J | A | |
| 1952. Port Formula IRA #2-CNO Finl Gorup Inc | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1953. | | | | | Sold | 04/05/13 | J | A | |
| 1954. Port Formula IRA #2-Winnebago Inds | | None | | | Buy | 03/07/13 | J | | |
| 1955. | | | | | Buy (add'l) | 04/05/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1956. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1957. | | | | | Sold | 06/07/13 | J | A | |
| 1958. Port Formula IRA #2-Republic Airways Holdings, Inc. | | None | | | Buy | 03/07/13 | J | | |
| 1959. | | | | | Sold | 04/05/13 | J | A | |
| 1960. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1961. | | | | | Sold | 06/07/13 | J | A | |
| 1962. Port Formula IRA #2-Ensco PLC | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1963. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1964. | | | | | Sold | 06/07/13 | J | A | |
| 1965. Port Formula IRA #2-Oil States International | | None | | | Buy | 03/07/13 | J | | |
| 1966. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1967. | | | | | Sold | 06/07/13 | J | A | |
| 1968. Port Formula IRA #2-Lincoln Electric Holdings | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1969. | | | | | Sold | 04/05/13 | J | A | |
| 1970. Port Formula IRA #2-Montpelier Re Holdings | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1971. | | | | | Sold | 04/05/13 | J | A | |
| 1972. | | | | | Buy (add'l) | 05/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1973. | | | | | Sold | 06/07/13 | J | A | |
| 1974. Port Formula IRA #2-Pier 1 Imports | | None | | | Buy | 03/07/13 | J | | |
| 1975. | | | | | Sold | 04/05/13 | J | A | |
| 1976. Port Formula IRA #2-Aspen Technology | | None | | | Buy | 03/07/13 | J | | |
| 1977. | | | | | Sold | 04/05/13 | J | A | |
| 1978. Port Formula IRA #2-Evercore Partners Inc. | | None | | | Buy | 03/07/13 | J | | |
| 1979. | | | | | Sold | 04/05/13 | J | A | |
| 1980. Port Formula IRA #2-Castle (A.M.) & Co. | | None | | | Buy | 03/07/13 | J | | |
| 1981. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1982. | | | | | Sold | 05/07/13 | J | A | |
| 1983. Port Formula IRA #2-CF Industries | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1984. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1985. | | | | | Sold | 06/07/13 | J | A | |
| 1986. Port Formula IRA #2-Webster Financial Corp | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1987. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1988. | | | | | Sold | 05/07/13 | J | A | |
| 1989. Port Formula IRA #2-UTD Therapeutical | | None | | | Buy | 03/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1990. | | | | | Sold | 04/05/13 | J | A | |
| 1991. Port Formula IRA #2-WisdomTree Invts Inc | | None | | | Buy | 03/07/13 | J | | |
| 1992. | | | | | Sold | 04/05/13 | J | A | |
| 1993. Port Formula IRA #2-Validus Holdings Ltd. | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1994. | | | | | Sold | 04/05/13 | J | A | |
| 1995. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 1996. | | | | | Sold | 06/07/13 | J | A | |
| 1997. Port Formula IRA #2-Coventry Health Care | A | Dividend | | | Buy | 03/07/13 | J | | |
| 1998. | | | | | Sold | 05/07/13 | J | A | |
| 1999. Port Formula IRA #2-Cray Inc. | | None | | | Buy | 04/05/13 | J | | |
| 2000. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 2001. | | | | | Sold | 06/07/13 | J | A | |
| 2002. Port Formula IRA #2-American Eagle Outfitters Inc | | None | | | Buy | 04/05/13 | J | | |
| 2003. | | | | | Sold (part) | 05/07/13 | J | A | |
| 2004. | | | | | Sold | 06/07/13 | J | A | |
| 2005. Port Formula IRA #2-Proassurance Corporation | | None | | | Buy | 04/05/13 | J | | |
| 2006. | | | | | Sold | 05/07/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2007. Port Formula IRA #2-Virgin Media Inc. | | None | | | Buy | 04/05/13 | J | | |
| 2008. | | | | | Sold | 05/07/13 | J | A | |
| 2009. Port Formula IRA #2-AOL Inc | | None | | | Buy | 04/05/13 | J | | |
| 2010. | | | | | Sold | 06/07/13 | J | A | |
| 2011. Port Formula IRA #2-Apogee Enterprises | | None | | | Buy | 04/05/13 | J | | |
| 2012. | | | | | Sold | 05/07/13 | J | A | |
| 2013. Port Formula IRA #2-Clearwater Paper Corp | | None | | | Buy | 04/05/13 | J | | |
| 2014. | | | | | Sold | 05/07/13 | J | A | |
| 2015. Port Formula IRA #2-Sonic Corp | | None | | | Buy | 04/05/13 | J | | |
| 2016. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 2017. | | | | | Sold | 06/07/13 | J | A | |
| 2018. Port Formula IRA #2-Western Asset Mtge | | None | | | Buy | 04/05/13 | J | | |
| 2019. | | | | | Sold | 05/07/13 | J | A | |
| 2020. Port Formula IRA #2-State Street Corp | | None | | | Buy | 04/05/13 | J | | |
| 2021. | | | | | Sold | 05/07/13 | J | A | |
| 2022. Port Formula IRA #2-Partnerre Ltd. | | None | | | Buy | 04/05/13 | J | | |
| 2023. | | | | | Sold | 05/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2024. Port Formula IRA #2-D R Horton Inc. | | None | | | Buy | 04/05/13 | J | | |
| 2025. | | | | | Sold | 05/07/13 | J | A | |
| 2026. Port Formula IRA #2-Arch Capital Group Ltd. | | None | | | Buy | 04/05/13 | J | | |
| 2027. | | | | | Sold | 05/07/13 | J | A | |
| 2028. Port Formula IRA #2-Standard Mtr Prods | | None | | | Buy | 04/05/13 | J | | |
| 2029. | | | | | Sold | 05/07/13 | J | A | |
| 2030. Port Formula IRA #2-Home Depot Inc. | A | Dividend | | | Buy | 04/05/13 | J | | |
| 2031. | | | | | Sold (part) | 05/07/13 | J | A | |
| 2032. | | | | | Sold | 06/07/13 | J | A | |
| 2033. Port Formula IRA #2-Flowers Foods Inc. | | None | | | Buy | 04/05/13 | J | | |
| 2034. | | | | | Sold | 05/07/13 | J | A | |
| 2035. Port Formula IRA #2-EPL Oil & Gas Inc. | | None | | | Buy | 04/05/13 | J | | |
| 2036. | | | | | Sold | 05/07/13 | J | A | |
| 2037. Port Formula IRA #2-Steve Madden | | None | | | Buy | 04/05/13 | J | | |
| 2038. | | | | | Sold (part) | 05/07/13 | J | A | |
| 2039. | | | | | Sold | 06/07/13 | J | A | |
| 2040. Port Formula IRA #2-AMN Healthcare Services Inc. | | None | | | Buy | 04/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2041. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 2042. | | | | | Sold | 06/07/13 | J | A | |
| 2043. Port Formula IRA #2-Credit Acceptance Corp | | None | | | Buy | 04/05/13 | J | | |
| 2044. | | | | | Sold | 05/07/13 | J | A | |
| 2045. Port Formula IRA #2-Glaxo Welcome PLC | | None | | | Buy | 04/05/13 | J | | |
| 2046. | | | | | Sold | 05/07/13 | J | A | |
| 2047. Port Formula IRA #2-Lattice Semicondutor | | None | | | Buy | 04/05/13 | J | | |
| 2048. | | | | | Sold | 05/07/13 | J | A | |
| 2049. Port Formula IRA #2-Select Med Hldgs Corp | A | Dividend | | | Buy | 04/05/13 | J | | |
| 2050. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 2051. | | | | | Sold | 06/07/13 | J | A | |
| 2052. Port Formula IRA #2-Dineequity Inc. | | None | | | Buy | 04/05/13 | J | | |
| 2053. | | | | | Sold | 05/07/13 | J | A | |
| 2054. Port Formula IRA #2-Felcor Lodging Tr | | None | | | Buy | 04/05/13 | J | | |
| 2055. | | | | | Sold | 05/07/13 | J | A | |
| 2056. Port Formula IRA #2-Saia Inc. | | None | | | Buy | 04/05/13 | J | | |
| 2057. | | | | | Buy (add'l) | 05/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2058. | | | | | Sold | 06/07/13 | J | A | |
| 2059. Port Formula IRA #2-Allied World Assurance Company | | None | | | Buy | 04/05/13 | J | | |
| 2060. | | | | | Sold | 06/07/13 | J | A | |
| 2061. Port Formula IRA #2-Western Digital Corp | A | Dividend | | | Buy | 04/05/13 | J | | |
| 2062. | | | | | Sold | 05/07/13 | J | A | |
| 2063. Port Formula IRA #2-Varian Medical Systems | | None | | | Buy | 04/05/13 | J | | |
| 2064. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 2065. | | | | | Sold | 06/07/13 | J | A | |
| 2066. Port Formula IRA #2-Apartmt Invt Mgmt Co | A | Dividend | | | Buy | 04/05/13 | J | | |
| 2067. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 2068. | | | | | Sold | 06/07/13 | J | A | |
| 2069. Port Formula IRA #2-Lear Corp Com | | None | | | Buy | 04/05/13 | J | | |
| 2070. | | | | | Sold | 05/07/13 | J | A | |
| 2071. Port Formula IRA #2-Westlake Chemical Corporation | A | Dividend | | | Buy | 04/05/13 | J | | |
| 2072. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 2073. | | | | | Sold | 06/07/13 | J | A | |
| 2074. Port Formula IRA #2-Lyondellbasell Industries | | None | | | Buy | 04/05/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2075. | | | | | Sold | 05/07/13 | J | A | |
| 2076. Port Formula IRA #2-DXP Enterprises | | None | | | Buy | 04/05/13 | J | | |
| 2077. | | | | | Sold | 05/07/13 | J | A | |
| 2078. Port Formula IRA #2-Alaska Air Group | | None | | | Buy | 04/05/13 | J | | |
| 2079. | | | | | Sold | 05/07/13 | J | A | |
| 2080. Port Formula IRA #2-Cubic Corporation | | None | | | Buy | 05/07/13 | J | | |
| 2081. | | | | | Sold | 06/07/13 | J | A | |
| 2082. Port Formula IRA #2-Tesoro Pete Corp | A | Dividend | | | Buy | 05/07/13 | J | | |
| 2083. | | | | | Sold | 06/07/13 | J | A | |
| 2084. Port Formula IRA #2-Tempur Sealy International | | None | | | Buy | 05/07/13 | J | | |
| 2085. | | | | | Sold | 06/07/13 | J | A | |
| 2086. Port Formula IRA #2-Biomed Realty Trust Inc. | | None | | | Buy | 05/07/13 | J | | |
| 2087. | | | | | Sold | 06/07/13 | J | A | |
| 2088. Port Formula IRA #2-Santarus Inc. | | None | | | Buy | 05/07/13 | J | | |
| 2089. | | | | | Sold | 06/07/13 | J | A | |
| 2090. Port Formula IRA #2-Companhia De Saneamento | | None | | | Buy | 05/07/13 | J | | |
| 2091. | | | | | Sold | 06/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2092. Port Formula IRA #2-Renaissancere Holdings | | None | | | Buy | 05/07/13 | J | | |
| 2093. | | | | | Sold | 06/07/13 | J | A | |
| 2094. Port Formula IRA #2-Humana Inc. | | None | | | Buy | 05/07/13 | J | | |
| 2095. | | | | | Sold | 06/07/13 | J | A | |
| 2096. Port Formula IRA #2-Potlatch Corporation | | None | | | Buy | 05/07/13 | J | | |
| 2097. | | | | | Sold | 06/07/13 | J | A | |
| 2098. Port Formula IRA #2-Allstate Corporation | A | Dividend | | | Buy | 05/07/13 | J | | |
| 2099. | | | | | Sold | 06/07/13 | J | A | |
| 2100. Port Formula IRA #2-Borg-Warner Automotive | | None | | | Buy | 05/07/13 | J | | |
| 2101. | | | | | Sold | 06/07/13 | J | A | |
| 2102. Port Formula IRA #2-Toll Brothers | | None | | | Buy | 05/07/13 | J | | |
| 2103. | | | | | Sold | 06/07/13 | J | A | |
| 2104. Port Formula IRA #2-Aercap Holdings | | None | | | Buy | 05/07/13 | J | | |
| 2105. | | | | | Sold | 06/07/13 | J | A | |
| 2106. Port Formula IRA #2-Lumber Liquidators Hldgs | | None | | | Buy | 05/07/13 | J | | |
| 2107. | | | | | Sold | 06/07/13 | J | A | |
| 2108. Port Formula IRA #2-Skywest Inc. | | None | | | Buy | 05/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2109. | | | | | Sold | 06/07/13 | J | A | |
| 2110. Port Formula IRA #2-Bioscrip, Inc. | | None | | | Buy | 05/07/13 | J | | |
| 2111. | | | | | Sold | 06/07/13 | J | A | |
| 2112. Port Formula IRA #2-Green Plains Renewable Energy | | None | | | Buy | 05/07/13 | J | | |
| 2113. | | | | | Sold | 06/07/13 | J | A | |
| 2114. Port Formula IRA #2-Ace Limited | | None | | | Buy | 05/07/13 | J | | |
| 2115. | | | | | Sold | 06/07/13 | J | A | |
| 2116. Port Formula IRA #2-HCC Insurance Holdings | | None | | | Buy | 05/07/13 | J | | |
| 2117. | | | | | Sold | 06/07/13 | J | A | |
| 2118. Port Formula IRA #2-PVH Corp | A | Dividend | | | Buy | 05/07/13 | J | | |
| 2119. | | | | | Sold | 06/07/13 | J | A | |
| 2120. Port Formula IRA #2-Cott Corporation | A | Dividend | | | Buy | 05/07/13 | J | | |
| 2121. | | | | | Sold | 06/07/13 | J | A | |
| 2122. Port Formula IRA #2-Telecom Agentina Stet | | None | | | Buy | 05/07/13 | J | | |
| 2123. | | | | | Sold | 06/07/13 | J | A | |
| 2124. Port Formula IRA #2-American Woodmark Corp | | None | | | Buy | 05/07/13 | J | | |
| 2125. | | | | | Sold | 06/07/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2126. FTJ Fundchoice IRA-Market Vectors Semiconductor | None | | J | T | Buy | 10/09/13 | J | | |
| 2127. | | | | | Buy (add'l) | 11/6/13 | J | | |
| 2128. | | | | | Sold (part) | 11/08/13 | J | A | |
| 2129. FTJ Fundchoice IRA-iShares Goldman Sachs Software Index | None | | K | T | Buy | 10/03/13 | N | | |
| 2130. | | | | | Buy (add'l) | 11/06/13 | N | | |
| 2131. | | | | | Sold (part) | 11/08/13 | N | A | |
| 2132. FTJ Fundchoice IRA-SPDR Technology Select Sector | None | | K | T | Buy | 10/03/13 | K | | |
| 2133. | | | | | Buy (add'l) | 11/06/13 | K | | |
| 2134. | | | | | Sold (part) | 11/08/13 | K | B | |
| 2135. FTJ Fundchoice IRA-iShares Dow Jones US Broker Dealers | None | | K | T | Buy | 10/03/13 | K | | |
| 2136. | | | | | Buy (add'l) | 11/06/13 | K | | |
| 2137. | | | | | Sold (part) | 11/08/13 | K | B | |
| 2138. FTJ Fundchoice IRA-SPDR Financial Select Sector | None | | L | T | Buy | 10/03/13 | L | | |
| 2139. | | | | | Buy (add'l) | 11/06/13 | L | | |
| 2140. | | | | | Sold (part) | 11/08/13 | K | A | |
| 2141. FTJ Fundchoice IRA-SPDR Health Care Select Sector | None | | L | T | Buy | 10/03/13 | K | | |
| 2142. | | | | | Buy (add'l) | 11/06/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2143. | | | | | Sold (part) | 11/08/13 | K | B | |
| 2144. FTJ Fundchoice IRA-SPDR Industrial Select Sector | None | | K | T | Buy | 10/03/13 | K | | |
| 2145. | | | | | Buy (add'l) | 11/06/13 | K | | |
| 2146. | | | | | Sold (part) | 11/08/13 | K | B | |
| 2147. FTJ Fundchoice IRA-WisdomTree Japan Hedged Equity | None | | K | T | Buy | 10/03/13 | K | | |
| 2148. | | | | | Buy (add'l) | 11/06/13 | K | | |
| 2149. | | | | | Sold (part) | 11/08/13 | J | A | |
| 2150. | | | | | Sold (part) | 11/08/13 | J | A | |
| 2151. FTJ Fundchoice IRA-TD Bank USA FDIC Insured Deposit | None | | J | T | Buy | 10/3/13 | N | | |
| 2152. | | | | | Sold (part) | 10/08/13 | M | A | |
| 2153. | | | | | Sold (part) | 10/15/13 | J | A | |
| 2154. | | | | | Buy (add'l) | 11/06/13 | N | | |
| 2155. | | | | | Sold (part) | 11/08/13 | N | A | |
| 2156. | | | | | Sold | 11/12/13 | K | A | |
| 2157. | | | | | Buy (add'l) | 11/14/13 | J | | |
| 2158. | | | | | Sold (part) | 12/05/13 | J | A | |
| 2159. Cash Surrender Value-Aviva Life and Annuity Co. (X) | None | | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2160. Vanguard Acct. #1 | | None | | | | | | | |
| 2161. ----- Vanguard Mid-Cap Growth | B | Dividend | M | T | Buy | 09/11/13 | M | | |
| 2162. ----- Vanguard Small-Cap Growth | B | Dividend | M | T | Buy | 09/11/13 | M | | |
| 2163. ----- Vanguard Total Stock | B | Dividend | M | T | Buy | 09/11/13 | M | | |
| 2164. Vanguard SEP IRA (H) | | | K | T | Buy | 09/18/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments & Trusts

I was only able to obtain a gain/loss report for the Port Formula non-qualified account. According to the fund manager, a gain/loss report is not able to be produced for the qualified retirement accounts. I have used the gain/loss report that was   received to estimate the gain/loss for the other accounts. All accounts hold the same securities. I believe all information has been reported, and I believe that it is as accurate as possible based on the information I was provided.

Port Formula #1 assets begin with item number 40 and continue through item number 824 for the 2013 report. These assets began w ith item number 93 in the 2012 report.

Port Formula IRA #1 assets begin with item number 825 and continue through item number 1339 for the 2013 report. These assets began with item number 3 53 in the 2012 report.

Port Formula IRA #2 assets begin with item number 1340 and continue through item number 2125 for the 2013 report. These assets began with item number 672 in the 2012 report.

Line 32: This account was formerly listed as "Red River Bank - Checking #2". The account is now called "Red River Bank - Checking #3".

Line 36: The investment fund was formerly "VanKampen Amern Fd Class A". The fund is now called "Invesco Amer Franchise".

Line 39: This account was formerly listed as "Red River Bank - Checking #3". The account is now called "Red River Bank - Checking #4".

Line 2159: This account was inadvertently omitted from prior year reports.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Foote, Elizabeth E. | 05/14/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth E. Foote**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544